# EXHIBIT 3

# EXHIBIT 114

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6E6269804

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS<br>*OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30* | | 1. REQUISITION NUMBER<br>0011821900 | | PAGE 1 OF 68 | |
|---|---|---|---|---|---|
| 2. CONTRACT NO.<br>W58P0522C0017 | 3. AWARD/EFFECTIVE DATE<br>28 July 2022 | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>W58P0522R0007 | | 6. SOLICITATION ISSUE DATE<br>07-Jun-2022 |

| 7. FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>DANNY SOTO | b. TELEPHONE NUMBER  *(No Collect Calls)*<br>(508) 206-2111 | 8. OFFER DUE DATE/LOCAL TIME<br>05:00 PM 10 Jun 2022 |
|---|---|---|---|

| 9. ISSUED BY          CODE   W58P05 | 10. THIS ACQUISITION IS   [X] UNRESTRICTED OR   [ ] SET ASIDE: _____ % FOR: |
|---|---|
| ACC-APG - COVID RESPONSE - W58P05<br>6472 INTEGRITY COURT (BUILDING 4401)<br>ABERDEEN PROVING GROUND MD 21005-3013<br><br>TEL:<br>FAX: | [ ] SMALL BUSINESS   [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM<br>[ ] HUBZONE SMALL BUSINESS   [ ] EDWOSB   NAICS: 325412<br>[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS   [ ] 8(A)   SIZE STANDARD: 1,250 |

| 11. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED   [ ] SEE SCHEDULE | 12. DISCOUNT TERMS | 13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION   [ ] RFQ   [ ] IFB   [X] RFP |

| 15. DELIVER TO          CODE | 16. ADMINISTERED BY          CODE |
|---|---|
| **SEE SCHEDULE** | **SEE ITEM 9** |

| 17a. CONTRACTOR/ OFFEROR   CODE 8PYM0   FACILITY CODE | 18a. PAYMENT WILL BE MADE BY          CODE HQ0490 |
|---|---|
| MODERNA US, INC<br>MODERNA US, INC.<br>200 TECHNOLODY SQ<br>CAMBRIDGE MA 02139<br><br>TELEPHONE NO. | DFAS-INDY VP GFEBS<br>8899 E 56TH STREET<br>INDIANAPOLIS IN 46249-3800 |
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED   [ ] SEE ADDENDUM |

| 19.<br>ITEM NO. | 20.<br>SCHEDULE OF SUPPLIES/ SERVICES | 21.<br>QUANTITY | 22.<br>UNIT | 23.<br>UNIT PRICE | 24.<br>AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA<br><br>**See Schedule** | 26. TOTAL AWARD AMOUNT (For Govt. Use Only)<br><br>**$1,735,800,000.00** |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED.   ADDENDA [ ] ARE [ ] ARE NOT ATTACHED |
|---|
| [X] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.   ADDENDA [X] ARE [ ] ARE NOT ATTACHED |

| [X] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___1___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED. | [ ] 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____ . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR<br><br>DocuSigned by: *S. Bancel*<br>5872B577E0694BC | 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER)<br><br>ZWAKMAN.SCHON.MATTHEW.1180668787   Digitally signed by ZWAKMAN.SCHON.MATTHEW.1180668787<br>Date: 2022.07.28 17:35:52 -04'00' |
|---|---|
| 30b. NAME AND TITLE OF SIGNER *(TYPE OR PRINT)*<br>Stephane Bancel, Chief Executive Officer | 30c. DATE SIGNED<br>July 28, 2022 | 31b. NAME OF CONTRACTING OFFICER   *(TYPE OR PRINT)*<br>SCHON ZWAKMAN<br>TEL:  919-541-4722<br>EMAIL: schon.m.zwakman.civ@amry.mil | 31c. DATE SIGNED<br>28 July 2022 |

| AUTHORIZED FOR LOCAL REPRODUCTION<br>PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449  (REV. 2/2012)<br>Prescribed by GSA – FAR (48 CFR) 53.212 |
|---|---|

CONFIDENTIAL     MRNA-GEN-00079608

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6E6269804

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS (CONTINUED) | | PAGE 2 OF 68 |
|---|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | **SEE SCHEDULE** | | | | |

**32a. QUANTITY IN COLUMN 21 HAS BEEN**

☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY *(Print)* |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | |
| | 42b. RECEIVED AT *(Location)* |
| | 42c. DATE REC'D *(YY/MM/DD)* | 42d. TOTAL CONTAINERS |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 2/2012) BACK
Prescribed by GSA – FAR (48 CFR) 53.212

CONFIDENTIAL

MRNA-GEN-00079609

DocuSign Envelope ID: 44703944-E8F5-4787-B006-5FC6E6269804

W58P0522C0017

Section SF 1449 - CONTINUATION SHEET

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0001 | | 66,000,000 | Each | $26.30 | $1,735,800,000.00 |

COVID-19 Vaccine mRNA 1273.222
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA 1273.222 Fall 2022 strain composition (2.5 mL fill volume (100μg/ml; 250μg) 5 dose as specified in the delivery information.
FOB: Destination
PSC CD: 6505

| | | | | NET AMT | $1,735,800,000.00 |
|---|---|---|---|---|---|

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 000101 | | | | | $0.00 |

FFP
PR 0011821900
PURCHASE REQUEST NUMBER: 0011821900

| | | | | NET AMT | $0.00 |
|---|---|---|---|---|---|

ACRN AA                                                      $867,900,000.00
CIN: GFEBS001182190000001

CONFIDENTIAL                                               MRNA-GEN-00079610

DocuSign Envelope ID: 44703944-E8E5-4787-B996-5FC6F6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 000102 | | | | | $0.00 |

FFP
PR 0011821900
PURCHASE REQUEST NUMBER: 0011821900

|  |  |  |  | NET AMT | $0.00 |
|---|---|---|---|---|---|

ACRN AB                                                                $867,900,000.00
CIN: GFEBS001182190000002

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0002 | | 1 | Each | | NSP |

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 300 pallets
(~52M doses) and deliver to the designated government facility per the SOW,
C.3.6.
FOB: Destination
PSC CD: 6505

|  |  |  |  | NET AMT |  |
|---|---|---|---|---|---|

CONFIDENTIAL

MRNA-GEN-00079611

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6F6269804

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0003 | | 1 | Each | | NSP |

Data Deliverables
FFP
The contractor shall deliver technical data IAW Statement of Work C.7 Data Deliverables.
FOB: Destination
PSC CD: 6505

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0004 OPTION | | 200,000 | Vial | $131.50 | $26,300,000.00 |

Pediatric (0.5-5yrs.)
FFP
a) Unit of issue denotes one vial.  Each vial contains 10 doses, IAW C.8 of the SOW.
b) If exercised, the option shall be awarded no later than 1 August 2022.
c) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT                                             $26,300,000.00

CONFIDENTIAL                                             MRNA-GEN-00079612

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6F6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0005 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 2M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

NET AMT                                         _____

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0006 | | 200,000 | Vial | $131.50 | $26,300,000.00 |
| OPTION | Pediatric (0.5-5yrs.) | | | | |

FFP
a) Unit of issue denotes one vial. Each vial contains 10 doses, IAW C.8 of the SOW.
b) If exercised, the option shall be awarded no later than 19 August 2022.
c) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT                                         $26,300,000.00

CONFIDENTIAL                                         MRNA-GEN-00079613

DocuSign Envelope ID: 44703944-E8E5-4787-B006-5FC6E6269804

W58P0522C0017

| ITEM NO<br>0007<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Each | UNIT PRICE | AMOUNT<br>NSP |
|---|---|---|---|---|---|
| | Vender Managed Inventory Storage<br>FFP<br>Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 2M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

-----

NET AMT

-----

| ITEM NO<br>0008<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>4,000,000 | UNIT<br>Each | UNIT PRICE<br>$26.30 | AMOUNT<br>$105,200,000.00 |
|---|---|---|---|---|---|
| | Pediatric (0.5-5yrs.)<br>FFP | | | | |

a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

-----

NET AMT                    $105,200,000.00

CONFIDENTIAL

MRNA-GEN-00079614

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6F6269804

| ITEM NO<br>0009<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Each | UNIT PRICE | AMOUNT<br>NSP |
|---|---|---|---|---|---|

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 4M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

                                      NET AMT

| ITEM NO<br>0010<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>4,000,000 | UNIT<br>Each | UNIT PRICE<br>$26.30 | AMOUNT<br>$105,200,000.00 |
|---|---|---|---|---|---|

Pediatric (0.5-5yrs.)
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT                            $105,200,000.00

CONFIDENTIAL

MRNA-GEN-00079615

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO 0011 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE | AMOUNT NSP |
|---|---|---|---|---|---|
| | Vender Managed Inventory Storage FFP Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 4M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

|  |  |
|---|---|
| NET AMT | _____ |

| ITEM NO 0012 OPTION | SUPPLIES/SERVICES | QUANTITY 4,000,000 | UNIT Each | UNIT PRICE $26.30 | AMOUNT $105,200,000.00 |
|---|---|---|---|---|---|
| | Pediatric (0.5-5yrs.) FFP | | | | |

a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.
FOB: Destination
PSC CD: 6505

|  |  |
|---|---|
| NET AMT | $105,200,000.00 |

CONFIDENTIAL

MRNA-GEN-00079616

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO 0013 | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE | AMOUNT NSP |
|---|---|---|---|---|---|
| OPTION | Vender Managed Inventory Storage FFP Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 4M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO 0014 | SUPPLIES/SERVICES | QUANTITY 4,000,000 | UNIT Each | UNIT PRICE $26.30 | AMOUNT $105,200,000.00 |
|---|---|---|---|---|---|
| OPTION | Pediatric (0.5-5yrs.) FFP | | | | |

a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $105,200,000.00

CONFIDENTIAL                    MRNA-GEN-00079617

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO<br>0015<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Each | UNIT PRICE | AMOUNT<br>NSP |
|---|---|---|---|---|---|
| | Vender Managed Inventory Storage<br>FFP<br>Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 4M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO<br>0016<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>4,000,000 | UNIT<br>Each | UNIT PRICE<br>$26.30 | AMOUNT<br>$105,200,000.00 |
|---|---|---|---|---|---|
| | Pediatric (0.5-5yrs.)<br>FFP | | | | |

a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT $105,200,000.00

CONFIDENTIAL

MRNA-GEN-00079618

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0017 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 4M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0018 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079619

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0019 |  | 1 | Each |  | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0020 |  | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

MRNA-GEN-00079620

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0021 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0022 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.
FOB: Destination
PSC CD: 6505

_____

NET AMT                                                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079621

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0023 OPTION | | 1 | Each | | NSP |

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0024 OPTION | | 10,000,000 | Each | $26.30 | $263,000,000.00 |

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079622

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO<br>0025<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Each | UNIT PRICE | AMOUNT<br>NSP |
|---|---|---|---|---|---|
| | Vender Managed Inventory Storage<br>FFP<br>Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO<br>0026<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>10,000,000 | UNIT<br>Each | UNIT PRICE<br>$26.30 | AMOUNT<br>$263,000,000.00 |
|---|---|---|---|---|---|
| | COVID-19 Vaccine<br>FFP | | | | |

a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                                    $263,000,000.00

CONFIDENTIAL                                                    MRNA-GEN-00079623

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO 0027 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE | AMOUNT NSP |
|---|---|---|---|---|---|

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO 0028 OPTION | SUPPLIES/SERVICES | QUANTITY 10,000,000 | UNIT Each | UNIT PRICE $26.30 | AMOUNT $263,000,000.00 |
|---|---|---|---|---|---|

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079624

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0029 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0030 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                         $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079625

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0031 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

**NET AMT**

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0032 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

**NET AMT**                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079626

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0033 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0034 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT                 $263,000,000.00

CONFIDENTIAL                 MRNA-GEN-00079627

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO<br>0035<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>1 | UNIT<br>Each | UNIT PRICE | AMOUNT<br>NSP |
|---|---|---|---|---|---|

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO<br>0036<br>OPTION | SUPPLIES/SERVICES | QUANTITY<br>10,000,000 | UNIT<br>Each | UNIT PRICE<br>$26.30 | AMOUNT<br>$263,000,000.00 |
|---|---|---|---|---|---|

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                                   $263,000,000.00

CONFIDENTIAL                                              MRNA-GEN-00079628

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0037 |  | 1 | Each |  | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|-----------|--------|
| 0038 |  | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL                    MRNA-GEN-00079629

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0039 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0040 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079630

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO 0041 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE | AMOUNT NSP |
|---|---|---|---|---|---|

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO 0042 OPTION | SUPPLIES/SERVICES | QUANTITY 10,000,000 | UNIT Each | UNIT PRICE $26.30 | AMOUNT $263,000,000.00 |
|---|---|---|---|---|---|

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079631

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0043 | | 1 | Each | | NSP |
| OPTION | | | | | |

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0044 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | | | | | |

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL                    MRNA-GEN-00079632

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC6E6269804

| ITEM NO 0045 OPTION | SUPPLIES/SERVICES | QUANTITY 1 | UNIT Each | UNIT PRICE | AMOUNT NSP |
|---|---|---|---|---|---|

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

NET AMT

| ITEM NO 0046 OPTION | SUPPLIES/SERVICES | QUANTITY 10,000,000 | UNIT Each | UNIT PRICE $26.30 | AMOUNT $263,000,000.00 |
|---|---|---|---|---|---|

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT                    $263,000,000.00

MRNA-GEN-00079633

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E56269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0047 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0048 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                          $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079634

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E56269804

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0049 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0050 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL                    MRNA-GEN-00079635

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0051 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0052 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                                    $263,000,000.00

CONFIDENTIAL                                                    MRNA-GEN-00079636

DocuSign Envelope ID: 44703944-E8E5-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0053 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0054 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                                    $263,000,000.00

CONFIDENTIAL

MRNA-GEN-00079637

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC6E6269804

W58P0522C0017

Page 31 of 68

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0055 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage | | | | |

FFP

Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

_____

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0056 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | COVID-19 Vaccine | | | | |

FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

_____

NET AMT                    $263,000,000.00

CONFIDENTIAL                    MRNA-GEN-00079638

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

Page 32 of 68

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0057 | | 1 | Each | | NSP |
| OPTION | | | | | |

Vender Managed Inventory Storage
FFP
Not Separately Priced

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

NET AMT

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0058 | | 10,000,000 | Each | $26.30 | $263,000,000.00 |
| OPTION | | | | | |

COVID-19 Vaccine
FFP
a) Unit of issue 'each' denotes one dose.
b) The contractor shall deliver to Government designated sites EUA authorized or BLA approved drug product in temperature-controlled suspension for intramuscular injection in accordance with the Statement of Work Section C.3 "Requirement", in the quantity of bivalent mRNA-1273 Fall 2022 strain composition as specified in the delivery information.

FOB: Destination
PSC CD: 6505

NET AMT          $263,000,000.00

          MRNA-GEN-00079639

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

| ITEM NO | SUPPLIES/SERVICES | QUANTITY | UNIT | UNIT PRICE | AMOUNT |
|---------|-------------------|----------|------|------------|--------|
| 0059 | | 1 | Each | | NSP |
| OPTION | Vender Managed Inventory Storage FFP Not Separately Priced | | | | |

The contractor shall secure, manage, and maintain storage for up to 10M doses and deliver to the designated government facility per the SOW, C.3.6.
FOB: Destination
PSC CD: 6505

---

NET AMT

## STATEMENT OF WORK

DESCRIPTION / SPECIFICATIONS / STATEMENT OF WORK

Production of COVID-19 Vaccine in Support of National Emergency Response to Coronavirus 2019 (COVID-19)

C.1     Scope: The Department of Defense (DOD) and Department of Health and Human Services (DHHS) (collectively, the Government or USG) in support of the national emergency response to COVID-19 requires up to 300 million doses of Moderna US, Inc.'s mRNA vaccine to inoculate the general population against the SARS-CoV-2 Virus. The vaccine doses will be FDA authorized or approved for adults and pediatrics and will include mRNA-1273.222 or other authorized/licensed mono- or bi-valent seasonal strain compositions. The vaccine doses will be delivered in sufficient time to support vaccination efforts beginning in Fall 2022.

C.1.1     Background: The DHHS continuously monitors emerging infectious disease risk and prepares responses to threats of novel emerging infectious disease outbreaks in the United States. DHHS is responding to an outbreak of respiratory disease caused by a novel coronavirus that was first detected in 2019 in China and which has now spread worldwide, including in the United States. The virus has been named SARS-CoV-2 and the disease it causes has been named coronavirus disease 2019 (abbreviated COVID-19).

On January 30, 2020, the International Health Regulations Emergency Committee of the World Health Organization (WHO) declared the outbreak a public health emergency of international concern (PHEIC). On January 31, 2020, the Health and Human Services Secretary declared a public health emergency (PHE) for the United States to aid the nation's healthcare community in responding to COVID-19. On March 11, 2020, WHO publicly characterized COVID-19 as a pandemic. On March 13, the President of the United States declared the COVID-19 outbreak a national emergency. Vaccination is often the most effective measure for the control of infectious diseases.

C.1.2     Moderna Vaccine. On August 11, 2020, contract W911QY-20-C-0100 was awarded for the manufacturing and delivery of 500 million doses of Moderna COVID-19 Vaccine. On December 18, 2020, the Food and Drug Administration (FDA) issued an Emergency Use Authorization (EUA) for emergency use of Moderna COVID-19 Vaccine for the prevention of COVID-19 for individuals 18 years of age and older, pursuant to Section 564 of the Act. FDA reissued the letter of authorization on: February 25, 2021, July 7, 2021, August 12, 2021, October 20, 2021, November 19, 2021, and January 7, 2022. On January 31, 2022, FDA approved SPIKEVAX (COVID-19 Vaccine, mRNA) and reissued the letter in its entirety for both Moderna COVID-19 Vaccine and certain uses of SPIKEVAX (COVID-19 Vaccine, mRNA). Subsequently, FDA reissued the letter of authorization on March 15, 2022. On March 29, 2022, having concluded that revising this EUA is appropriate to protect the public health or safety under section 564(g)(2) of the Federal Food, Drug and Cosmetic Act (FD&C Act), FDA reissued the March

CONFIDENTIAL

MRNA-GEN-00079640

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

15, 2022 letter of authorization in its entirety with revisions incorporated to authorize: 1) the administration of a second booster dose of SPIKEVAX (COVID-19 Vaccine, mRNA) or the Moderna COVID-19 Vaccine at least 4 months after receipt of a first booster dose of any FDA authorized or approved COVID-19 vaccine to: a) individuals 50 years of age and older; and b) individuals 18 years of age or older who have undergone solid organ transplantation, or individuals 18 years of age or older who have been diagnosed with conditions that be compromise their immune systems; and 2) a manufacturing change to include an additional presentation of the Moderna COVID-19 Vaccine for booster vaccination doses only, which is supplied in multiple dose vials. A recent meeting of FDA's Vaccine and Related Biological Products Advisory Committee (VRBPAC) concluded that the Fall booster campaign should include an omicron-specific component, and FDA followed this announcement with a recommendation, on 30 June 2022 that this booster include the BA.4/5 sublineage. The Contract is to purchase Moderna's mRNA-1273.222 vaccine formulation (Moderna's current BA.4/5 vaccine) or another vaccine developed by the contractor and recommended by U.S. Public Health Authorities.

C.2     Objectives. The contractor shall produce up to 300,000,000 doses of vaccine under the delivery schedule defined in Section B, Supplies or Services and Prices/Costs.

C.2.1     Base Period. - Manufacturing and delivery of up to 66,000,000 mRNA-1273.222 adult vaccine doses to be delivered no later than November 21, 2022.

C.2.2     Option Period 1 (0004): Manufacturing and delivery of 200,000 vials of FDA authorized or approved pediatric 0.5-5 years boost vaccine, to include mRNA-1273.222 or any other authorized/licensed mono- or bi-valent seasonal strain compositions. Option is to be exercised no later than August 1, 2022.

C.2.3     Option Period 2 (0006): Manufacturing and delivery of 200,000 vials of FDA authorized or approved pediatric 0.5-5 years boost vaccine, to include mRNA-1273.222 or any other authorized/licensed mono- or bi-valent seasonal strain compositions. Option is to be exercised no later than August 19, 2022.

C.2.4     Option Periods 3 (0008) through 7 (0016): Manufacturing and delivery of 4,000,000 doses (each option) of FDA authorized or approved pediatric 0.5-5 years boost vaccine, to include mRNA-1273.222 or any other authorized/licensed mono- or bi-valent seasonal strain compositions. Options to be executed in accordance with FAR 52.217-7.

C.2.5     Option Periods 8 (0018) through 28 (0058): Manufacturing and delivery of 10,000,000 doses (each option) of FDA authorized or approved vaccines for adults and/or pediatrics to include mRNA-1273.222 or any other authorized/licensed mono- or bi-valent seasonal strain compositions to be executed in accordance with FAR 52.217-7.

C.3     Requirements.

C.3.1     Vaccine. The contractor shall deliver to Government designated sites EUA authorized or Biologics License Application (BLA) approved drug product in temperature-controlled suspension for intramuscular injection. Acceptance, transfer of product to USG, and distribution will not occur unless, on the date of transfer, there is an approved BLA or active EUA for the product authorizing use for prevention of COVID-19. All product under this contract will be delivered in a 2.5 mL fill volume (100μg/ml; 250μg) or (50μg/ml; 125μg) at the composition specified in the CLINs

C.3.2     Expiry. For products with an existing 9-month shelf life, Contractor shall deliver product to USG that does not expire for a minimum of 7 months from the time the doses are released by Contractor.

C.3.3     Manufacturing. The manufacturing described in this Statement of Work will comply with Current Good Manufacturing Practices (cGMP) regulations at 21 Code of Federal Regulations (CFR Parts) 210 and 211and 21 CFR 600 and 610, Biological Products General and Biological Products Standards. Production shall occur using cGMP manufacturing process, fully compliant with 21 CFR Parts 210 and 211 and 21 CFR 600 and 610 for bulk drug substance and fill and finished drug product.

MRNA-GEN-00079641

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6E6269804

C.3.4    Labeling. Contractor shall ensure that vial labeling and packaging are consistent with FDA guidance for use in target populations and that labeling is updated appropriately. Labeling must be approved under the EUA or BLA.

C.3.5    Drug Supply Chain Security Act. Contractor shall ensure the product complies with the Drug Supply Chain Security Act (DSCSA), Sections 581-585 of PL 113-54 (Nov. 27, 2013), including product verification; serialization; traceability and detection; and response requirements, subject to any exceptions established by or the enforcement discretion of the FDA.

C.3.6    Storage.

The Contractor shall provide the capability to store up to 900 pallets roughly 152,000,000 doses of vaccines. 300 pallets (~52,000,000 doses of vaccine in 2.5mL MDV) under this contract and 600 pallets inclusive of storage under Contract Number W911QY-20-C-0100. The 300 pallets of storage shall be consistent with all FDA requirements to ensure that the product remains available for use in target populations and shall be at no cost to the Government. Storage and maintenance of the vaccine prior to delivery shall be under conditions and at temperatures necessary to retain stability for use as prescribed in this contract for the FDA assigned shelf-life of the product (based on stability data that supports shelf-life, subject to FDA confirmation of the assigned shelf-life). The 600 pallets on contract W911QY-20-C-0100 will be in accordance with the terms and conditions prescribed on that contract. Under mutual agreement by USG and Moderna product storage can be cross leveled between the two contracts to maximize available space.

C.4    Site Visits and Audits. The Contractor shall accommodate periodic or ad hoc site visits and audits by HHS at facilities used to support this contract throughout the period of performance of the contract. If issues are identified during an audit, the contractor shall submit a report detailing the finding and corrective action(s). The USG will respond with comments or approval within 30 calendar days after receipt. The Contractor shall incorporate USG comments and provide a final report to the USG upon completion of corrective action in Microsoft Office format via email to the Contracting Officer and the Government Point of Contact (GOV POC).

C.5    Inspection, Acceptance, and Shipping.

C.5.1    Inspection. Quality inspection of Filled Drug Product (FDP) shall occur when the Contractor performs release testing to confirm that products comply with Contractor's release specifications and criteria. Contractor will submit the Certificate of Analysis, Certificate of Compliance, examples of actual printed labels with lot number, examples of printed carton's labels, and safety data sheets for quality inspection of all drug product lots in the BDI system. Initial Inspection under this contract will be performed at the Contractor's facility, or the subcontractor facility, by the BARDA Regulatory and Quality Affairs (RQA) Quality team and BARDA GOV POC. The Government shall inspect each shipment of product delivered to it hereunder for visible damage and quantity within five (5) days of final delivery. In the event Contractor supplies any product to the Government and it is established that such Product was damaged or does not include the required quantities at the time of final delivery, the Government shall promptly notify Contractor in writing within a reasonable period of time not to exceed 10 days. A BDI extract of the inspection documentation shall also be submitted in Wide Area Workflow (WAWF) as supporting documentation for invoice submittals.

C.5.2    Acceptance. Acceptance at origin shall occur at the Contractor or Subcontractor facility. Acceptance at destination shall occur at a Government designated location. Regardless of where acceptance occurs, the Contractor is responsible for final delivery of Final Drug Product (FDP) to a Government designated CDC location. Acceptance of vaccines under this agreement will be performed by BARDA RQA and the GOV POC in the BDI system, which constitutes Government acceptance at origin. BARDA RQA Quality writes a Quality Acceptance Memo after review and acceptance of temperature records at CDC location. Documentation of acceptance shall be submitted in accordance with WAWF instructions.

C.5.3    Delivery Locations. The USG will provide the Contractor advance notice of the required delivery locations for the vaccine. The Contractor shall ship the vaccines to up to three designated locations in the United States. The Contractor shall be responsible for shipment of all vaccine product following acceptance at origin. Risk of loss of or

                                                                     MRNA-GEN-00079642

DocuSign Envelope ID: 44703944-E85E-4787-B996-5FC656269804

damage to supplies shall remain with the contractor until delivery of Filled Drug Product (FDP) to a government facility, and final physical acceptance of the product by a government representative.

C.5.4    Shipment Tracking. The vaccine product shall be shipped and tracked by the distribution vendor's shipping tracking number, to the USG-designated sites within the continental United States.

C.5.5    Risk of Loss. The Contractor shall retain physical risk of loss for all product stored as VMI until subsequent delivery to and final, physical acceptance by the USG at the USG-designated site. Implementation of a Vendor Managed Inventory Plan/SOP shall be provided to the USG. If the drug product is initially delivered to a USG site instead of VMI, risk of loss will transfer upon delivery and acceptance at the USG-designated site. Notwithstanding either of the foregoing sentences, the contractor shall not be liable for loss of or damage to supplies caused by the negligence of officers, agents, or employees of the USG acting within the scope of their employment.

C.6    Packaging and Marking: The Contractor shall label product according to FDA guidance/instructions. Packaging shall be in accordance with the Contractor's standard commercial practice.

C.7    Deliverables. The Contractor shall provide the following deliverables:

C.7.1    Shipping Documentation Finished Drug Product. The Contractor shall provide all documentation required for Government review of vaccine lot release prior to shipment including sample labels, Safety Data Sheets, Certificates of Compliance, Certificates of Analysis, Advance Shipping Notice (via the BARDA Data Infrastructure, Tiberius, and CDC systems). A summary of damaged/missing/unacceptable delivered vaccine doses will be provided to the Government, consistent with the terms of Section C.5 (Inspection, Acceptance, and Shipping).

C.7.1.1. Shipping Documentation for all Finished Drug Product (FDP) transferring from the Contractor's fill/finish facility to a USG facility. The Contractor shall obtain concurrence on planned shipment protocols prior to transport.

C.7.1.2. Product Acceptance Report (for each lot of Drug Product). The Contractor shall provide pictures of the drug product with lot number, a Certificate of Analysis, Moderna Certificate of Compliance, Moderna TSE-BSE Declaration, example of carton containing the GTIN and NDC number, and example of vial label.

C.7.1.3. Look-Ahead Estimate. On a twice monthly basis (e.g., the 1st and 16th of each month), the Contractor shall provide to the Government a 60-day look ahead that estimates projected monthly quantities to be delivered. For the avoidance of doubt, the parties acknowledge that all look-ahead reports supplied by the Contractor are estimates based on information available at the time of report submission and are subject to change. The Contractor will notify the Government of such changes to estimates as soon as practicable via coordination with the Program Coordination Team. The contractor shall not be required to provide look-ahead reports for any periods in which drug product is not being delivered.

C.7.1.4 Expiring Items Report. For all FDP in the USG's possession.

C.7.2    FDA Interactions and Inspections Documentation. The Contractor shall provide within 72 hours of receipt any material correspondence between Contractor and FDA relevant to the performance of Contractor's obligations under this contract, including but not limited to any FDA Form 483, Establishment Inspection Report (EIR), regulatory authorization or approval related letter and/or warning or untitled letter that is reasonably likely to materially impede production or the ability to meet supply deadlines under the contract, including status of an EUA or BLA approval associated with any formulation of mRNA-1273.222 vaccine or any other authorized/licensed mono- or bi-valent seasonal strain compositions.

C.7.3    Manufacturing Reports and Dose Tracking Projections/Actuals aligned with the BARDA Data Infrastructure. The Contractor shall provide Dose Tracker Projections (Weekly) and Manufacturing, Shipping and Inventory Actuals (Daily - once performance under one or more supply CLINs has begun) utilizing the COVID-19 Dose Tracking US HHS, ASPR/BARDA Template. Any changes to the format must be mutually agreed by the Parties.

MRNA-GEN-00079643

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

C.7.4    Notice of Material Delay and Incident Report. The Contractor shall communicate to BARDA and document all critical programmatic concerns, issues, or probable risks that have or are likely to significantly impact project schedule and/or cost and/or performance. "Significant" is frequently defined as a 10% or greater cost or schedule variance within a control account but should be confirmed in consultation with the GOV POC. Incidents that present liability to the project event without cost/schedule impact, such as breach of GCP during a clinical study, shall also be reported.

C.7.5    Regulatory Submissions and Supportive Data. The Contractor shall inform the US Government of any planned FDA submissions related to SARS-CoV-2 vaccines at least 48 hours prior to submission. The Contractor shall provide the documents submitted to the FDA, including EUA and BLA submissions, prior to or within 24 hours after submission to the FDA.

C.7.6    Security Requirements Deliverables. The contractor shall provide the deliverables specified in Section H.21 Security Requirements provided that the contractor's obligation to provide the deliverables identified in Section C.7.7 Received Deliverables shall be in accordance with that section.

C.7.7    Received Deliverables. The Government acknowledges that Moderna is deemed to have previously delivered the following deliverables in performance of contract W911QY-20-C-0100:

1) Supply Chain Resiliency Plan
2) Security Plan
3) Quality Management Plan
4) Manufacturing Development Plan
5) Awardee Locations
6) Quality Agreement
7) Manufacturing Data Requirements
8) Risk Management Plan
9) EUA or BLA filings for mRNA 1273
10) Key Personnel
11) Monthly Technical Report
12) Final Technical Report

Moderna commits to maintain these deliverables and provide updated or new versions of these deliverables during performance of this contract. Should Moderna implement any material changes relevant to these deliverables during contract performance, it shall provide an updated deliverable to the Government within 30 calendar days.

C.8    Dose/Vial Invoicing for mRNA-1273.222 Vaccine and Variant/Multivalent Vaccine. Unless otherwise modified by the Parties, this Section applies to the mRNA-1273.222 vaccine, adult and pediatric, as well as mRNA-1273.222 and other authorized or approved mono- or bi-valent vaccines.

For each 2.5 mL fill volume 100μg/ml; 250μg multi-use vial (adult booster or pediatric (ages 6-11 yrs.) Moderna will invoice the Government for 5 doses per vial toward Moderna's delivery quantities under this contract.

For each 2.5 ml fill volume 50μg/ml; 125μg vial (10 dose) of pediatric booster under Options 1 and 2 (ages 0.5-5 yrs.) vaccine shipped, Moderna will invoice the Government for 1 vial toward Moderna's delivery quantities under the contract.

For each 2.5 ml fill volume 50μg/ml; 125μg vial (10 doses) of pediatric booster under Options 3 through 7 (ages 0.5-5 yrs.) vaccine shipped, Moderna will invoice the Government for 10 doses per vial toward Moderna's delivery quantities under the contract.

CONFIDENTIAL

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

INSPECTION AND ACCEPTANCE TERMS

Supplies/services will be inspected/accepted at:

| CLIN | INSPECT AT | INSPECT BY | ACCEPT AT | ACCEPT BY |
|---|---|---|---|---|
| 0001 | Origin | Government | Origin | Government |
| 000101 | N/A | N/A | N/A | N/A |
| 000102 | N/A | N/A | N/A | N/A |
| 0002 | Destination | Government | Destination | Government |
| 0003 | Destination | Government | Destination | Government |
| 0004 | Origin | Government | Origin | Government |
| 0005 | Destination | Government | Destination | Government |
| 0006 | Origin | Government | Origin | Government |
| 0007 | Destination | Government | Destination | Government |
| 0008 | Origin | Government | Origin | Government |
| 0009 | Destination | Government | Destination | Government |
| 0010 | Origin | Government | Origin | Government |
| 0011 | Destination | Government | Destination | Government |
| 0012 | Origin | Government | Origin | Government |
| 0013 | Destination | Government | Destination | Government |
| 0014 | Origin | Government | Origin | Government |
| 0015 | Destination | Government | Destination | Government |
| 0016 | Origin | Government | Origin | Government |
| 0017 | Destination | Government | Destination | Government |
| 0018 | Origin | Government | Origin | Government |
| 0019 | Destination | Government | Destination | Government |
| 0020 | Origin | Government | Origin | Government |
| 0021 | Destination | Government | Destination | Government |
| 0022 | Origin | Government | Origin | Government |
| 0023 | Destination | Government | Destination | Government |
| 0024 | Origin | Government | Origin | Government |
| 0025 | Destination | Government | Destination | Government |
| 0026 | Origin | Government | Origin | Government |
| 0027 | Destination | Government | Destination | Government |
| 0028 | Origin | Government | Origin | Government |
| 0029 | Destination | Government | Destination | Government |
| 0030 | Origin | Government | Origin | Government |
| 0031 | Destination | Government | Destination | Government |
| 0032 | Origin | Government | Origin | Government |
| 0033 | Destination | Government | Destination | Government |
| 0034 | Origin | Government | Origin | Government |
| 0035 | Destination | Government | Destination | Government |
| 0036 | Origin | Government | Origin | Government |
| 0037 | Destination | Government | Destination | Government |
| 0038 | Origin | Government | Origin | Government |
| 0039 | Destination | Government | Destination | Government |
| 0040 | Origin | Government | Origin | Government |
| 0041 | Destination | Government | Destination | Government |
| 0042 | Origin | Government | Origin | Government |
| 0043 | Destination | Government | Destination | Government |
| 0044 | Origin | Government | Origin | Government |
| 0045 | Destination | Government | Destination | Government |
| 0046 | Origin | Government | Origin | Government |

CONFIDENTIAL

MRNA-GEN-00079645

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

| | | | | | |
|---|---|---|---|---|---|
| 0047 | Destination | | Government | Destination | Government |
| 0048 | Origin | | Government | Origin | Government |
| 0049 | Destination | | Government | Destination | Government |
| 0050 | Origin | | Government | Origin | Government |
| 0051 | Destination | | Government | Destination | Government |
| 0052 | Origin | | Government | Origin | Government |
| 0053 | Destination | | Government | Destination | Government |
| 0054 | Origin | | Government | Origin | Government |
| 0055 | Destination | | Government | Destination | Government |
| 0056 | Origin | | Government | Origin | Government |
| 0057 | Destination | | Government | Destination | Government |
| 0058 | Origin | | Government | Origin | Government |
| 0059 | Destination | | Government | Destination | Government |

## DELIVERY INFORMATION

| CLIN | DELIVERY DATE | QUANTITY | SHIP TO ADDRESS | DODAAC / CAGE |
|---|---|---|---|---|
| 0001 | 06-SEP-2022 | 5,000,000 | N/A<br>FOB: Destination | |
| 0001 | 12-SEP-2022 | 6,000,000 | N/A<br>FOB: Destination | |
| 0001 | 19-SEP-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 26-SEP-2022 | 6,000,000 | N/A<br>FOB: Destination | |
| 0001 | 03-OCT-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 11-OCT-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 17-OCT-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 24-OCT-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 31-OCT-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 0001 | 07-NOV-2022 | 7,000,000 | N/A<br>FOB: Destination | |
| 000101 | N/A | N/A | N/A | N/A |

CONFIDENTIAL

DocuSign Envelope ID: 44703944-E856-4787-B996-5FC6E6269804

| | | | | |
|---|---|---|---|---|
| 000102 | N/A | N/A | N/A | N/A |
| 0002 | POP 28-JUL-2022 TO 31-MAR-2023 | N/A | N/A FOB: Destination | |
| 0003 | POP 28-JUL-2022 TO 31-MAR-2023 | N/A | N/A FOB: Destination | |
| 0004 | N/A | N/A | N/A | N/A |
| 0005 | N/A | N/A | N/A | N/A |
| 0006 | N/A | N/A | N/A | N/A |
| 0007 | N/A | N/A | N/A | N/A |
| 0008 | N/A | N/A | N/A | N/A |
| 0009 | N/A | N/A | N/A | N/A |
| 0010 | N/A | N/A | N/A | N/A |
| 0011 | N/A | N/A | N/A | N/A |
| 0012 | N/A | N/A | N/A | N/A |
| 0013 | N/A | N/A | N/A | N/A |
| 0014 | N/A | N/A | N/A | N/A |
| 0015 | N/A | N/A | N/A | N/A |
| 0016 | N/A | N/A | N/A | N/A |
| 0017 | N/A | N/A | N/A | N/A |
| 0018 | N/A | N/A | N/A | N/A |
| 0019 | N/A | N/A | N/A | N/A |
| 0020 | N/A | N/A | N/A | N/A |
| 0021 | N/A | N/A | N/A | N/A |
| 0022 | N/A | N/A | N/A | N/A |
| 0023 | N/A | N/A | N/A | N/A |
| 0024 | N/A | N/A | N/A | N/A |
| 0025 | N/A | N/A | N/A | N/A |
| 0026 | N/A | N/A | N/A | N/A |

CONFIDENTIAL

MRNA-GEN-00079647

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

| | | | | |
|---|---|---|---|---|
| 0027 | N/A | N/A | N/A | N/A |
| 0028 | N/A | N/A | N/A | N/A |
| 0029 | N/A | N/A | N/A | N/A |
| 0030 | N/A | N/A | N/A | N/A |
| 0031 | N/A | N/A | N/A | N/A |
| 0032 | N/A | N/A | N/A | N/A |
| 0033 | N/A | N/A | N/A | N/A |
| 0034 | N/A | N/A | N/A | N/A |
| 0035 | N/A | N/A | N/A | N/A |
| 0036 | N/A | N/A | N/A | N/A |
| 0037 | N/A | N/A | N/A | N/A |
| 0038 | N/A | N/A | N/A | N/A |
| 0039 | N/A | N/A | N/A | N/A |
| 0040 | N/A | N/A | N/A | N/A |
| 0041 | N/A | N/A | N/A | N/A |
| 0042 | N/A | N/A | N/A | N/A |
| 0043 | N/A | N/A | N/A | N/A |
| 0044 | N/A | N/A | N/A | N/A |
| 0045 | N/A | N/A | N/A | N/A |
| 0046 | N/A | N/A | N/A | N/A |
| 0047 | N/A | N/A | N/A | N/A |
| 0048 | N/A | N/A | N/A | N/A |
| 0049 | N/A | N/A | N/A | N/A |
| 0050 | N/A | N/A | N/A | N/A |
| 0051 | N/A | N/A | N/A | N/A |
| 0052 | N/A | N/A | N/A | N/A |
| 0053 | N/A | N/A | N/A | N/A |
| 0054 | N/A | N/A | N/A | N/A |

CONFIDENTIAL

MRNA-GEN-00079648

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC6E6269804

| | | | | | |
|------|-----|-----|-----|---|-----|
| 0055 | N/A | N/A | N/A | | N/A |
| 0056 | N/A | N/A | N/A | | N/A |
| 0057 | N/A | N/A | N/A | | N/A |
| 0058 | N/A | N/A | N/A | | N/A |
| 0059 | N/A | N/A | N/A | | N/A |

## ACCOUNTING AND APPROPRIATION DATA

AA: 021202220232040000665654260     S.0074658.7.3.10.6     6100.0152021001
COST CODE: A5XAH
AMOUNT: $867,900,000.00

AB: 021202220232040000665654260     S.0074658.7.3.10.5     6100.0152021001
COST CODE: A5XAH
AMOUNT: $867,900,000.00

| ACRN | CLIN/SLIN | CIN | AMOUNT |
|------|-----------|-----|--------|
| AA | 000101 | GFEBS001182190000001 | $867,900,000.00 |
| AB | 000102 | GFEBS001182190000002 | $867,900,000.00 |

## CLAUSES INCORPORATED BY REFERENCE

| 52.203-3 | Gratuities | APR 1984 |
|----------|------------|----------|
| 52.203-12 | Limitation On Payments To Influence Certain Federal Transactions | JUN 2020 |
| 52.204-4 | Printed or Copied Double-Sided on Postconsumer Fiber Content Paper | MAY 2011 |
| 52.204-13 | System for Award Management Maintenance | OCT 2018 |
| 52.204-18 | Commercial and Government Entity Code Maintenance | AUG 2020 |
| 52.204-19 | Incorporation by Reference of Representations and Certifications. | DEC 2014 |
| 52.211-17 | Delivery of Excess Quantities | SEP 1989 |
| 52.212-4 | Contract Terms and Conditions--Commercial Products and Commercial Services | NOV 2021 |
| 52.232-40 | Providing Accelerated Payments to Small Business Subcontractors | NOV 2021 |
| 52.233-1 | Disputes | MAY 2014 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.246-2 | Inspection Of Supplies--Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility For Supplies | APR 1984 |
| 52.247-34 | F.O.B. Destination | NOV 1991 |
| 252.203-7000 | Requirements Relating to Compensation of Former DoD Officials | SEP 2011 |
| 252.203-7002 | Requirement to Inform Employees of Whistleblower Rights | SEP 2013 |

CONFIDENTIAL

MRNA-GEN-00079649

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

| 252.203-7003 | Agency Office of the Inspector General | AUG 2019 |
| 252.204-7002 | Payment For Contract Line or Subline Items Not Separately Priced | APR 2020 |
| 252.204-7015 | Notice of Authorized Disclosure of Information for Litigation Support | MAY 2016 |
| 252.204-7018 | Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services | JAN 2021 |
| 252.205-7000 | Provision Of Information To Cooperative Agreement Holders | DEC 1991 |
| 252.209-7004 | Subcontracting With Firms That Are Owned or Controlled By The Government of a Country that is a State Sponsor of Terrorism | MAY 2019 |
| 252.211-7003 | Item Unique Identification and Valuation | MAR 2022 |
| 252.219-7003 | Small Business Subcontracting Plan (DOD Contracts) | DEC 2019 |
| 252.225-7012 | Preference For Certain Domestic Commodities | MAR 2022 |
| 252.225-7048 | Export-Controlled Items | JUN 2013 |
| 252.227-7015 | Technical Data--Commercial Items | FEB 2014 |
| 252.227-7037 | Validation of Restrictive Markings on Technical Data | APR 2022 |
| 252.232-7003 | Electronic Submission of Payment Requests and Receiving Reports | DEC 2018 |
| 252.232-7010 | Levies on Contract Payments | DEC 2006 |
| 252.232-7017 | Accelerating Payments to Small Business Subcontractors-- Prohibition on Fees and Consideration | APR 2020 |
| 252.243-7002 | Requests for Equitable Adjustment | DEC 2012 |
| 252.244-7000 | Subcontracts for Commercial Items | JAN 2021 |
| 252.247-7023 | Transportation of Supplies by Sea | FEB 2019 |

CLAUSES INCORPORATED BY FULL TEXT


52.211-16    VARIATION IN QUANTITY (APR 1984)

(a) A variation in the quantity of any item called for by this contract will not be accepted unless the variation has been caused by conditions of loading, shipping, or packing, or allowances in manufacturing processes, and then only to the extent, if any, specified in paragraph (b) below.

(b) The permissible variation shall be limited to:
0.25%  Percent increase
0%     Percent decrease
This increase or decrease shall apply to Vaccine Product.

(End of clause)



52.212-5    CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (MAY 2022)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

CONFIDENTIAL

MRNA-GEN-00079650

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (NOV 2021) (Section 1634 of Pub. L. 115-91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015).

(5) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(6) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Public Laws 108-77 and 108-78 (19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services: [Contracting Officer check as appropriate.]

X    (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUN 2020), with Alternate I (NOV 2021) (41 U.S.C. 4704  and 10 U.S.C. 2402).

X    (2) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

____ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (JUN 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

X    (4) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020) (Pub. L. 109-282) (31 U.S.C. 6101 note).

____ (5) [Reserved]

___ (6) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

____ (7) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

____ (8) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (NOV 2021) (31 U.S.C. 6101 note).

____ (9) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018) (41 U.S.C. 2313).

_____ (10) [Reserved]

_____ (11) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (SEP 2021) (15 U.S.C. 657a).

_____ (12) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (SEP 2021) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

_____ (13) [Reserved]

_____ (14)(i)  52.219-6, Notice of Total Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

CONFIDENTIAL

MRNA-GEN-00079651

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC656269804

W58P0522C0017

_____ (ii) Alternate I (MAR 2020) of 52.219-6.

_____ (15)(i) 52.219-7, Notice of Partial Small Business Set-Aside (NOV 2020) (15 U.S.C. 644).

_____ (ii) Alternate I (MAR 2020) of 52.219-7.

X    (16) 52.219-8, Utilization of Small Business Concerns (OCT 2018) (15 U.S.C. 637(d)(2) and (3)).

X    (17)(i) 52.219-9, Small Business Subcontracting Plan (NOV 2021) (15 U.S.C. 637(d)(4)).

_____ (ii) Alternate I (NOV 2016) of 52.219-9.

_____ (iii) Alternate II (NOV 2016) of 52.219-9.

_____ (iv) Alternate III (JUN 2020) of 52.219-9.

_____ (v) Alternate IV (SEP 2021) of 52.219-9.

_____ (18) (i) 52.219-13, Notice of Set-Aside of Orders (MAR 2020) (15 U.S.C. 644(r)).

_____ (ii) Alternate I (MAR 2020) of 52.219-13.

_____ (19) 52.219-14, Limitations on Subcontracting (SEP 2021) (15 U.S.C. 657s).

X    (20) 52.219-16, Liquidated Damages—Subcontracting Plan (SEP 2021) (15 U.S.C. 637(d)(4)(F)(i)).

_____ (21) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (SEP 2021) (15 U.S.C. 657f).

X    (22) (i) 52.219-28, Post-Award Small Business Program Rerepresentation (SEP 2021) (15 U.S.C. 632(a)(2)).

_____ (ii) Alternate I (MAR 2020) of 52.219-28.

_____ (23) 52.219-29, Notice of Set-Aside for, or Sole-Source Award to, Economically Disadvantaged Women-Owned Small Business Concerns (SEP 2021) (15 U.S.C. 637(m)).

_____ (24) 52.219-30, Notice of Set-Aside for, or Sole-Source Award to, Women-Owned Small Business Concerns Eligible Under the Women-Owned Small Business Program (SEP 2021) (15 U.S.C. 637(m)).

_____ (25) 52.219-32, Orders Issued Directly Under Small Business Reserves (MAR 2020) (15 U.S.C. 644(r)).

_____ (26) 52.219-33, Nonmanufacturer Rule (SEP 2021) (15 U.S.C. 657s).

_____ (27) 52.222-3, Convict Labor (JUN 2003) (E.O. 11755).

_____ (28) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JAN 2022) (E.O. 13126).

_____ (29) 52.222-21, Prohibition of Segregated Facilities (APR 2015).

X    (30)(i) 52.222-26, Equal Opportunity (SEPT 2016) (E.O. 11246).

_____ (ii) Alternate I (FEB 1999) of 52.222-26.

_____ (31)(i) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

                                                 MRNA-GEN-00079652

DocuSign Envelope ID: 44703944-F8E5-4787-B996-5FC6E56269804

_____ (ii) Alternate I (JUL 2014) of 52.222-35.

_____ (32)(i) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

_____ (ii) Alternate I (JUL 2014) of 52.222-36.

_____ (33) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

_____ (34) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (DEC 2010) (E.O. 13496).

X     (35)(i) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

_____ (ii) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

_____ (36) 52.222-54, Employment Eligibility Verification (MAY 2022). (E. O. 12989). (Not applicable to the acquisition of commercially available off-the-shelf items or certain other types of commercial products or commercial services as prescribed in FAR 22.1803.)

_____ (37)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (MAY 2008) (42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

_____ (ii) Alternate I (MAY 2008) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of commercially available off-the-shelf items.)

_____ (38) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (JUN 2016) (E.O. 13693).

_____ (39) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air Conditioners (JUN 2016) (E.O. 13693).

_____ (40) (i) 52.223-13, Acquisition of EPEAT® Registered Imaging Equipment (JUN 2014) (E.O.s 13423 and 13514).

_____ (ii) Alternate I (OCT 2015) of 52.223-13.

_____ (41)(i) 52.223-14, Acquisition of EPEAT® Registered Televisions (JUN 2014) (E.O.s 13423 and 13514).

_____ (ii) Alternate I (JUN 2014) of 52.223-14.

_____ (42) 52.223-15, Energy Efficiency in Energy-Consuming Products (MAY 2020) (42 U.S.C. 8259b).

_____ (43)(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (OCT 2015) (E.O.s 13423 and 13514).

_____ (ii) Alternate I (JUN 2014) of 52.223-16.

_____ (44) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (JUN 2020) (E.O. 13513).

_____ (45) 52.223-20, Aerosols (JUN 2016) (E.O. 13693).

_____ (46) 52.223-21, Foams (JUN 2016) (E.O. 13693).

CONFIDENTIAL

MRNA-GEN-00079653

DocuSign Envelope ID: 44703944-E8E5-4787-B996-5FC6E6269804

W58P0522C0017

_____ (47)(i) 52.224-3, Privacy Training (JAN 2017) (5 U.S.C. 552a).

_____ (ii) Alternate I (JAN 2017) of 52.224-3.

_____ (48) 52.225-1, Buy American--Supplies (NOV 2021) (41 U.S.C. chapter 83).

_____ (49) (i) 52.225-3, Buy American--Free Trade Agreements--Israeli Trade Act (NOV 2021) (41 U.S.C. chapter 83, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, Pub. L. 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

_____ (ii) Alternate I (JAN 2021) of 52.225-3.

_____ (iii) Alternate II (JAN 2021) of 52.225-3.

_____ (iv) Alternate III (JAN 2021) of 52.225-3.

_____ (50) 52.225-5, Trade Agreements (OCT 2019) 19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_____ (51) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

_____ (52) 52.225-26, Contractors Performing Private Security Functions Outside the United States (OCT 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

_____ (53) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (NOV 2007) (42 U.S.C. 5150

_____ (54) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (NOV 2007) (42 U.S.C. 5150).

_____ (55) 52.229-12, Tax on Certain Foreign Procurements (FEB 2021).

_____ (56) 52.232-29, Terms for Financing of Purchases of Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

_____ (57) 52.232-30, Installment Payments for Commercial Products and Commercial Services (NOV 2021) (41 U.S.C. 4505, 10 U.S.C. 2307(f)).

X     (58) 52.232-33, Payment by Electronic Funds Transfer—System for Award Management (OCT 2018) (31 U.S.C. 3332).

_____ (59) 52.232-34, Payment by Electronic Funds Transfer—Other than System for Award Management (JUL 2013) (31 U.S.C. 3332).

_____ (60) 52.232-36, Payment by Third Party (MAY 2014) (31 U.S.C. 3332).

_____ (61) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

X     (62) 52.242-5, Payments to Small Business Subcontractors (JAN 2017)(15 U.S.C. 637(d)(13)).

_____ (63)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631).

_____ (ii) Alternate I (APR 2003) of 52.247-64.

_____ (iii) Alternate II (NOV 2021) of 52.247-64.

CONFIDENTIAL

MRNA-GEN-00079654

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services: [Contracting Officer check as appropriate.]

_____ (1) 52.222-41, Service Contract Labor Standards (AUG 2018) (41 U.S.C. chapter 67).

_____ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 2014) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

_____ (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards--Price Adjustment (Multiple Year and Option Contracts) (AUG 2018) (29 U.S.C. 206 and 41 U.S.C. chapter 67).

_____ (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards--Price Adjustment (MAY 2014) (29 U.S.C 206 and 41 U.S.C. chapter 67).

_____ (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (MAY 2014) (41 U.S.C. chapter 67).

_____ (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Requirements (MAY 2014) (41 U.S.C. chapter 67).

_____ (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022) (E.O. 13658).

_____ (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

_____ (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (JUN 2020) (42 U.S.C. 1792).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) (1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1)in a subcontract for commercial products or commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

CONFIDENTIAL

MRNA-GEN-00079655

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (NOV 2021) (41 U.S.C. 3509).

(ii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(iii) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (NOV 2021) (Section 1634 of Pub. L. 115-91).

(iv) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (NOV 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(v) 52.219-8, Utilization of Small Business Concerns (Oct 2018) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vi) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(vii) 52.222-26, Equal Opportunity (Sep 2016) (E.O. 11246).

(viii) 52.222-35, Equal Opportunity for Veterans (JUN 2020) (38 U.S.C. 4212).

(ix) 52.222-36, Equal Opportunity for Workers with Disabilities (JUN 2020) (29 U.S.C. 793).

(x) 52.222-37, Employment Reports on Veterans (JUN 2020) (38 U.S.C. 4212).

(xi) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xii) 52.222-41, Service Contract Labor Standards (Aug 2018), (41 U.S.C. chapter 67).

(xiii) _____ (A) 52.222-50, Combating Trafficking in Persons (NOV 2021) (22 U.S.C. chapter 78 and E.O. 13627).

_____ (B) Alternate I (March 2, 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).
(xiv) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment--Requirements (May 2014) (41 U.S.C. chapter 67.)

(xv) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services--Requirements (May 2014) (41 U.S.C. chapter 67)

(xvi) 52.222-54, Employment Eligibility Verification (MAY 2022) (E. O. 12989).

(xvii) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (JAN 2022) (E.O. 13658).

(xviii) 52.222-62, Paid Sick Leave Under Executive Order 13706 (JAN 2022) (E.O. 13706).

(xix) (A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

CONFIDENTIAL

MRNA-GEN-00079656

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

(xx) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xxi) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations. (JUN 2020) (42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxii) 52.247-64, Preference for Privately-Owned U.S. Flag Commercial Vessels (NOV 2021) (46 U.S.C. 55305 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

52.217-7   OPTION FOR INCREASED QUANTITY--SEPARATELY PRICED LINE ITEM (MAR 1989)

The Government may require the delivery of the numbered line item, identified in the Schedule as an option item, in the quantity and at the price stated in the Schedule.  The Contracting Officer may exercise the options by written notice to the Contractor. The government will have the unilateral right to trigger options 150 days before the desired delivery date between the start of the contract and 27 January 2023.

(End of clause)

52.252-2   CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

https://www.acquisition.gov/

(End of clause)

252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (DEC 2018)

(a) Definitions. As used in this clause—

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

CONFIDENTIAL
MRNA-GEN-00079657

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

"Payment request" and "receiving report" are defined in the clause at 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(b) Electronic invoicing. The WAWF system provides the method to electronically process vendor payment requests and receiving reports, as authorized by Defense Federal Acquisition Regulation Supplement (DFARS) 252.232-7003, Electronic Submission of Payment Requests and Receiving Reports.

(c) WAWF access. To access WAWF, the Contractor shall—

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.sam.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) WAWF training. The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/.

(e) WAWF methods of document submission. Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

(f) WAWF payment instructions. The Contractor shall use the following information when submitting payment requests and receiving reports in WAWF for this contract or task or delivery order:

(1)  Document type. The Contractor shall submit payment requests using the following document type(s):

(i) For cost-type line items, including labor-hour or time-and-materials, submit a cost voucher.

(ii) For fixed price line items—

(A) That require shipment of a deliverable, submit the invoice and receiving report specified by the Contracting Officer.

Combo – Receiving Report and Invoice

(B) For services that do not require shipment of a deliverable, submit either the Invoice 2in1, which meets the requirements for the invoice and receiving report, or the applicable invoice and receiving report, as specified by the Contracting Officer.

N/A

(iii) For customary progress payments based on costs incurred, submit a progress payment request.

(iv) For performance based payments, submit a performance based payment request.

(v) For commercial item financing, submit a commercial item financing request.

(2) Fast Pay requests are only permitted when Federal Acquisition Regulation (FAR) 52.213-1 is included in the contract.

CONFIDENTIAL

MRNA-GEN-00079658

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

W58P0522C0017

(3) Document routing. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Routing Data Table

| Field Name in WAWF | Data to be entered in WAWF |
|---|---|
| Pay Official DoDAAC | HQ0490 |
| Issue By DoDAAC | W58P05 |
| Admin DoDAAC** | W58P05 |
| Inspect By DoDAAC | W56XNH |
| Ship To Code | W56XNH / PER THE SOW |
| Acceptor (DoDAAC) | W58P05 |

(4) Payment request. The Contractor shall ensure a payment request includes documentation appropriate to the type of payment request in accordance with the payment clause, contract financing clause, or Federal Acquisition Regulation 52.216-7, Allowable Cost and Payment, as applicable.

(5) Receiving report. The Contractor shall ensure a receiving report meets the requirements of DFARS Appendix F.

(g) WAWF point of contact.

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

Schon Zwakman          Contract Officer          schon.m.zwakman.civ@army.mil

Danny Soto          Contracting Specialist          danny.soto3.civ@army.mil

(2) Contact the WAWF helpdesk at 866-618-5988, if assistance is needed.

FOR REFERANCE:  DFAS PGI 204.7108 Payment Instructions

https://www.acq.osd.mil/dpap/dars/pgi/pgi_htm/current/PGI204_71.htm#payment_instructions

(End of clause)


SPECIAL CONTRACT REQUIREMENTS

Section H - Special Contract Requirements

H.1      Key Personnel

CONFIDENTIAL

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

Any key personnel specified in this contract are considered to be essential to work performance. At least thirty (30) calendar days prior to the Contractor voluntarily diverting any of the specified individuals to other programs or contracts the Contractor shall notify the Contracting Officer and shall submit a justification for the diversion or replacement and a request to replace the individual. The request must identify the proposed replacement and provide an explanation of how the replacement's skills, experience, and credentials meet or exceed the requirements of the contract (including, when applicable, Human Subjects Testing requirements). If the employee of the Contractor is terminated for cause or separates from the Contractor voluntarily with less than thirty (30) calendar-day notice, the Contractor shall provide the maximum notice practicable under the circumstances. The Contractor shall not divert, replace, or announce any such change to key personnel without the written consent of the Contracting Officer. The contract will be modified to add or delete key personnel as necessary to reflect the agreement of the parties. The following individuals are determined to be key personnel:

| Name | Title |
| --- | --- |
| Juan Andres | Chief Technical Operations and Quality Officer |
| Paul Granadillo | Head, Supply Chain |
| Luis Mustafa | VP, CMC Strategic Operations & Chief of Staff, Technical Development and Manufacturing |
| Al Thomas | Sr. Director, Key Account Manager |
| Jennifer White | SVP, Global Quality |

H.2    Substitution of Key Personnel

The Contractor agrees to assign to the contract those persons whose resumes/CVs were submitted with the proposal who are necessary to fill the requirements of the contract. No substitutions shall be made except in accordance with this clause. All requests for substitution must provide a detailed explanation of the circumstance necessitating the proposed substitution, a complete resume for the proposed substitute and any other information requested by the Contracting Officer to approve or disapprove the proposed substitution. All proposed substitutes must have qualifications that are equal to or higher than the qualifications of the person to be replaced. The Contracting Officer or authorized representative will evaluate such requests and promptly notify the contractor of his approval or disapproval thereof.

H.3    Disclosure of Information:

Performance under this contract may require the Contractor to access non-public data and information proprietary to a government agency, another Government Contractor or of such nature that its dissemination or use other than as specified in the work statement would be averse to the interests of the Government or others. Neither the Contractor, nor Contractor personnel, shall divulge nor release data nor information developed or obtained under performance of this contract, except authorized by Government personnel or upon written approval of the Contracting Officer in accordance with HHS or other Government policies and/or guidance. The Contractor shall not use, disclose, or reproduce proprietary data that bears a restrictive legend, other than as specified in this contract, or any information at all regarding this agency.

The Contractor shall comply with all applicable Government requirements for protection of non-public information. Unauthorized disclosure of nonpublic information is prohibited by the Government's rules. Unauthorized disclosure may result in termination of the contract, replacement of a contractor employee, or other appropriate redress. Neither the Contractor nor the Contractor's employees shall disclose or cause to be disseminated, any information concerning the operations of the activity, which could result in, or increase the likelihood of, the possibility of a breach of the activity's security or interrupt the continuity of its operations.

No information related to data obtained under this contract shall be released or publicized without the prior written consent of the Government Point of Contact (GOV POC), whose approval shall not be unreasonably withheld, conditioned, or delayed, provided that no such consent is required to comply with any law, rule, regulation, court ruling or similar order; for submission to any government entity for submission to any securities exchange on which the Contractor's (or its parent corporation's) securities may be listed for trading; or to third parties relating to securing, seeking, establishing or maintaining regulatory or other legal approvals or compliance, financing and

CONFIDENTIAL

MRNA-GEN-00079660

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

capital raising activities, or mergers, acquisitions, or other business transactions. The exceptions identified in this paragraph apply to all disclosures under this Section H.3 except to the extent that a disclosure is otherwise prohibited by law.

## H.4    Publication and Publicity

The Contractor shall not release any reports, manuscripts, press releases, or abstracts about the work being performed under this contract without written notice in advance to the Government.

Unless otherwise specified in this contract, the Contractor may publish the results of its work under this contract. The Contractor shall send a copy of each submission to the Government Point of Contact (GOV POC) for security review five (5) days (or such other time period as is reasonable given the circumstances) prior to submission. The Contractor shall also inform the GOV POC within twenty-four (24) hours of publication of the abstract article or other publication and furnish a copy of it as finally published.

Unless authorized in writing by the Contracting Officer (CO), the Contractor shall not display the DoD or HHS logos including Operating Division or Staff Division logos on any publications.

The Contractor shall not reference the products(s) or services(s) awarded under this contract in commercial advertising, as defined in FAR 31.205-1, in any manner which states or implies DoD or HHS approval, or endorsement of the product(s) or service(s) provided.

## H.5    Confidentiality of Information

Confidential information, as used in this article, means non-public information or data of a personal nature about an individual, or proprietary information or data submitted by or pertaining to an institution or organization.

The Contracting Officer and the Contractor may, by mutual consent, identify elsewhere in this contract specific information and/or categories of information which the Government will furnish to the Contractor or that the Contractor is expected to generate which is confidential. Similarly, the Contracting Officer and the Contractor may, by mutual consent, identify such confidential information from time to time during the performance of the contract. Failure to agree will be settled pursuant to the "Disputes" clause.

If it is established elsewhere in this contract that information to be utilized under this contract, or a portion thereof, is subject to the Privacy Act, the Contractor will follow the rules and procedures of disclosure set forth in the Privacy Act of 1974, 5 U.S.C. 552a, and implementing regulations and policies, with respect to systems of records determined to be subject to the Privacy Act.

Confidential information, as defined in this article, shall not be disclosed without the prior written consent of the individual, institution, or organization unless required by conflicting or overlapping provisions in other Federal, State or local laws.

Whenever the Contractor is uncertain with regard to the proper handling of material under the contract, or if the material in question is subject to the Privacy Act or is confidential information subject to the provisions of this article, the Contractor shall obtain a written determination from the Contracting Officer prior to any release, disclosure, dissemination, or publication.

Contracting Officer Determinations will reflect the result of internal coordination with appropriate program and legal officials.

ALL REQUIREMENTS OF THIS SECTION H.5 MUST BE PASSED TO ALL SUB-CONTRACTOR(S).

## H.6    Regulatory Rights

MRNA-GEN-00079661

DocuSign Envelope ID: 44703944-E8E5-4787-B996-5FC6E6269804

This contract involves supply of a product that requires FDA pre-market approval, authorization, or clearance before commercial authorization. Contractor is seeking additional FDA authorization or clearance for the commercialization of mRNA-1273, mRNA-1273.222, and potentially other mono- or bi-valent seasonal variant vaccines to be supplied under this contract (the "Technology"). The Contractor is the Sponsor of the BLA and will be the sponsor of any needed supplemental BLA (sBLA) or EUA as directed by Public Health Authorities. As the Sponsor of the Regulatory Application(s) to FDA, the Contractor has certain standing before the FDA that entitles it to exclusive communications related to the Regulatory Application. Accordingly, the Contractor and the Government agree to the following:

DoD Medical Product Priority. PL 115-92 allows the DoD to request, and FDA to provide, assistance to expedite development of products to diagnose, treat, or prevent serious or life-threatening diseases or conditions facing American military personnel. The contractor recognizes that only the DoD can utilize PL 115-92. Contractor will work proactively with the Government to leverage this law to its maximum potential under this contract. The contractor shall submit Public Law 115-92 Sponsor Authorization Letter that will be delivered to the designated H-CORE POC(s) within 30 days of award.

Rights of Reference. The U.S. Government will be granted a right of reference as that term is defined in 21 C.F.R. § 314.3(b) (or any successor rule) to any BLA or EUA submitted in support of the Technology, solely for use to develop medical countermeasures (MCM) to the material threats listed below. When it desires to exercise this right, the U.S. Government agrees to notify Contractor in writing describing the request along with sufficient details for Contractor to evaluate the request, and Moderna will not unreasonably decline to generate and provide a mutually agreeable letter of cross-reference for the U.S. Government to file with the appropriate FDA office. The parties agree that it will not be unreasonable for Contractor to decline to provide the U.S. Government letter of cross-reference if Contractor at the time of such request is conducting a program for the research and development of an mRNA product directed to the threat for which the U.S. Government is requesting the right of reference.

### Biological Threats
Bacillus anthracis (anthrax) and Multi-drug resistant B. anthracis (MDR anthrax)
Burkholderia mallei (glanders) and Burkholderia pseudomallei (melioidosis)
Clostridium botulinum toxin (botulism)
Francisella tularensis (tularemia)
Rickettsia prowazekii (typhus)
Variola virus (smallpox)
Yersinia pestis (plague)
SARS-CoV-2

### Chemical Threats
Acetylcholinesterase inhibitor nerve agents
Chlorine
Cyanide salts (potassium and sodium cyanide)
Hydrogen cyanide
Phosgene
Vesicants

H.7    Use of Vaccine for Research Purposes

The Parties acknowledge that the Government has an interest in conducting ongoing clinical and non-clinical research on COVID-19 vaccines. In view of the foregoing, the Contractor and Government agree to negotiate in good faith a mutually acceptable agreement ("Research Agreement") pursuant to which the Government may use limited quantities of product supplied under this contract for clinical and non-clinical research and as specified under the terms of a such separately negotiated Research Agreement between Moderna and the Government, which agreement would set forth the terms under which the Government may conduct such research, and agreed upon regulatory and other support to enable the Government to carry out this research. The Parties will endeavor to execute this Research Agreement within 4-6 months of award date, subject to the Parties' agreement on mutually acceptable terms. In the event the Parties cannot agree to mutually acceptable terms within 6 months of the

CONFIDENTIAL

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

execution of this contract, the Parties shall escalate discussions to senior management. The Parties agree this clause H.7 and any disputes regarding the proposed terms of the Research Agreement shall not be subject to FAR 52.233-1 or FAR 52.212-4(d). The parties understand that, while the conduct of clinical trials using the product supplied under this contract would be subject to the terms of a Research Agreement, nothing in this provision applies to research that is conducted by the U.S. Government or a third-party involving individuals who, prior to the research, have been vaccinated with such product in accordance with the product's EUA or BLA.

H.8    Public Readiness and Emergency Preparedness (PREP) Act:

In accordance with the Public Readiness and Emergency Preparedness Act ("PREP Act"), Pub. L. No. 109- 148, Division C, Section 2, as amended (codified at 42 U.S.C. § 247d-6d and 42 U.S.C. § 247d-6e), as well as the Secretary of HHS's Declaration Under the Public Readiness and Emergency Preparedness Act for Medical Countermeasures Against COVID-19, 85 Fed. Reg. 15198 (Mar. 17, 2020, effective Feb. 4, 2020), as amended (together, the "Prep Act Declaration"):

This Agreement is being entered into for purposes of facilitating the manufacture, testing, development, distribution, administration, and use of "Covered Countermeasures" for responding to the COVID-19 public health emergency, in accordance with Section VI of the PREP Act Declaration;

Contractor's performance of this Agreement falls within the scope of the "Recommended Activities" for responding to the COVID-19 public health emergency, to the extent it is in accordance with Section III of the PREP Act Declaration; and

Contractor is a "Covered Person" to the extent it is a person defined in Section V of the PREP Act Declaration.

Therefore, in accordance with Sections IV and VII of the PREP Act Declaration as well as the PREP Act (42 U.S.C. § 247d-6d), the Department of Defense contracting via assisted acquisition on behalf of the HHS, expressly acknowledges and agrees that the HHS Declaration cited above, specifically its language providing immunity from suit and liability is applicable to this acquisition as long as Contractor's activities fall within the terms and conditions of the PREP Act and the PREP Act Declaration.

Except where authorized for international donations under Section H.15, the Government may not use, or authorize the use of, any products or materials provided under this contract, unless such use occurs in the United States (or a U.S. territory where U.S. law applies such as embassies, military and NATO installations) and is protected from liability under a declaration issued under the PREP Act or a successor COVID-19 PREP Act Declaration of equal or greater scope. Any use where the application of the PREP Act or an alternative liability protection measure is in question will be discussed with Moderna prior to use and, if the parties disagree on such use, the dispute will be resolved according to the "Contract Terms and Conditions-Commercial Products and Commercial Services" (52.212-4(d)). The items and technology covered by this Contract are being developed for both civil and military applications. Parties acknowledge that the immunity from suit and liability described in this section pertains to PREP Act coverage only and may not be construed as immunity for claims broader than claims precluded under the PREP Act.

H. 9    EUA Wind-Down

Moderna shall ensure that any doses provided to the Government under this Contract are appropriately labeled and are otherwise suitable for use in the United States under the terms of the applicable EUA (before expiration) or BLA. Contractor is required to ensure that doses delivered to the USG under an EUA remain viable and useful if the Contractor files a subsequent BLA for that specific product. The Contractor will ensure that any BLA or sBLA regulatory filing strategy includes ensuring utility (appropriate labeling updates or FDA regulatory suitability for use determinations) of delivered EUA doses. Failure to do so will require replacement of EUA product, rendered unusable by the licensure, with fully licensed product.

H.10    FDA Licensure

MRNA-GEN-00079663

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

Within a commercially reasonable period and subject to completion of all clinical trials and other regulatory requirements necessary to support a BLA filing, Moderna agrees to submit a BLA or supplemental BLA to the FDA for products purchased by the Government under this contract, including all uses and/or indications for use of the product(s) that have been authorized under the FDA's EUA authority. Moderna will support any and all post-marketing commitments or requirements that FDA sets so as to maintain BLA approval for licensed products.

## H. 11 Most Favored Nations Clause

(i) If, at any time following the date of execution of this contract but prior to the date on which all product to be delivered under this contract has been released and accepted, Moderna enters into any agreement with any other nation that is a member of the Group of Seven (i.e., Canada, France, Germany, Italy, Japan, the United Kingdom) plus Switzerland (each, a "Covered Nation") to sell less than 66,000,000 doses of any COVID-19 vaccine that is the subject of this Agreement (SPIKEVAX and any updated version, including mRNA-1273.222), as specified in Section C.3.1, at a price lower than the price currently paid by the U.S. Government for the same COVID-19 vaccine doses supplied under this contract during comparable time periods, Moderna shall provide notice within 30 days to the U.S. Government and the U.S. Government may elect, at its discretion, to receive the benefit of this provision and receive such COVID-19 vaccine doses at that lower price. Moderna will take into account the product, product delivery dates and other services provided to the USG, as well as the product, product delivery dates and other services provided to Covered Nations, to evaluate price comparability and determine whether it needs to provide notice under this paragraph.

(ii) Upon any such notice from Moderna and election by the U.S. Government, this contract shall be deemed to have been amended and modified such that, from the date on which the applicable COVID-19 vaccine doses are first supplied or delivered to the applicable Covered Nation (the "Amended Pricing Effective Date"), the U.S. Government will receive that lower price for all orders of COVID-19 vaccine doses following that Amended Pricing Effective Date.

(iii) Any price reductions provided hereunder are not intended as an inducement or reward for any procurement or purchasing decisions by the U.S. Government of any Moderna product.

(iv) The USG shall not be entitled to the price of Product purchased by a Covered Nation for purposes of donation or resale by the Covered Nation to non-governmental organizations, intergovernmental organizations, or "lower income" or "lower middle-income countries" as those terms are defined by the World Bank as of the date of the effective date of agreement between Contractor and the Covered Nation.

(v) For clarity, if during the period this MFN provision is in effect, Contractor enters into an agreement with more than one nation, a multinational organization, or a multilateral organization, and a Covered Nation receives Product under such an agreement or benefits from the price under such an agreement, the Parties agree that the relevant price and volume for purposes of H.11(i) shall be the average price for the total Product volume specified in such agreement for all Covered Nations and not the price or Product volume any one Covered Nation receives.

## H.12    Ensuring Sufficient Supply of the Product

1. In recognition of the Government's significant acquisition of the product in this contract and the Government's need to provide sufficient quantities of a COVID-19 vaccine to protect the United States population, the Government shall have the remedy described in this section to ensure sufficient supply of the product to meet the needs of the public health or national security. This remedy is not available to the Government unless and until both of the following conditions ((a) and (b)) are met:

a. Moderna gives written notice, required to be submitted to the Government no later than 15 business days, of:

any formal management decision to terminate manufacturing of SPIKEVAX, mRNA-1273.222, or a related, variant-specific COVID-19 vaccine purchased under this contract prior to delivery of any doses to USG under this contract, including all exercised options, other than as a result of clinical failure, or serious technical or safety reasons or;

MRNA-GEN-00079664

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

W58P0522C0017

any formal management decision to discontinue sale of such product to the Government prior to delivery of any doses to USG under this contract, including all exercised options, other than as a result of clinical failure, or serious technical or safety reasons; or

any filing that anticipates Federal bankruptcy protection; and

b. Moderna has submitted an Emergency Use Authorization application under §564 of the FD&C Act or a biologics license application provisions of §351(a) of the Public Health Service Act (PHSA) either SPIKEVAX, mRNA-1273.222, or a related, variant-specific COVID-19 vaccine purchased under this contract.

2. If both conditions listed in section 1 occur for either SPIKEVAX, mRNA-1273.222, or the related, variant-specific COVID-19 vaccine, Moderna, upon the request of the Government, shall provide the following items necessary for the Government to pursue manufacturing of this product vaccine with a third party for exclusive sale to the U.S. Government:

a. a writing evidencing a non-exclusive, nontransferable, irrevocable (except for cause), royalty-free paid-up license to practice or have practiced for or on behalf of the U.S. Government any Moderna Background Patent, Copyright, other Moderna Intellectual Property, Moderna Know-How, Moderna Technical Data rights necessary to manufacture doses of the SPIKEVAX, mRnA-1273.222, or the related, variant-specific COVID-19 vaccine;

b. necessary FDA regulatory filings or authorizations owned or controlled by Moderna related to this product vaccine and any confirmatory instrument pertaining thereto; and

c. any outstanding Deliverables contemplated or materials purchased under this contract.

3. This remedy will remain available until the end of the contract.

H.13    Transportation to Final Destination

During the course of performance under this contract, the Government may require storage of the filled drug product (FDP) before delivery to the final Government location. In these circumstances, the Government will accept FDP at the contractor facility (Origin). The Contractor; however, shall continue to be responsible for secure delivery of the vaccine to its final destination as identified on this contract. Regardless of where acceptance occurs, risk of loss of or damage to supplies shall remain with the contractor until delivery of FDP to a government facility.

H.14    Intellectual Property

The Parties hereby agree to the following intellectual property provisions:
a. Nothing in the terms of this contract constitutes express or implied Government authorization and consent for Contractor or its Subcontractor(s) to utilize, manufacture or practice inventions covered by United States or foreign patents in the performance of work under this Contract.
b. Contractor acknowledges that 28 USC 1498 does not apply to this contract, nor can it be invoked in any way related to Contractor's or a subcontractor's performance hereunder.
c. The parties agree that 52.2124(h) does not apply to this action.

H.15    Donation of Excess Product

a. If the Government determines that a quantity of doses of vaccine product supplied to the Government under this contract is no longer needed by the Government, the Government may donate such doses to a foreign nation or nongovernmental organization (NGO) facilitating donation to a foreign nation, subject to the remainder of this Clause H.15. The Government shall notify Contractor in writing prior to any proposed donation to a foreign nation or NGO, which notice will include (i) the proposed recipient country and, if applicable, the NGO facilitating donation to such recipient country, (ii) a good faith estimates of the quantity of vaccine product proposed for delivery, and (iii) a good faith estimate of the proposed delivery date of such vaccine.

MRNA-GEN-00079665

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

b. Contractor must verify in writing that all of the required conditions below are met before any such donation is made, which, subject to clause (B)(iv) below, Contractor will use commercially reasonable efforts to attempt to satisfy clauses (B)(i – iii) in good faith for any donations proposed by the Government:

(i) Each recipient foreign nation has issued regulatory approval, authorization (or obtained waivers thereof) for the importation and use of the product at the time of the donation and such donation will not require Moderna to undertake any additional regulatory activities or responsibilities that would interfere with Contractor's (1) regulatory strategy for obtaining regulatory approval or authorization in the recipient country or (2) obligations to the Government or (3) with Contractor's prosecution of regulatory filings with the FDA;

(ii) The product being donated is covered by an indemnification and/or immunity agreement between either (a) Contractor and the recipient nation, or (b) the USG and a USG-designated NGO with a prior relationship with the recipient nation, in each case that, to Contractor's reasonable satisfaction, provides that such recipient nation or NGO will indemnify or provide full immunity to Contractor, its affiliates and their contractors from and against all losses, liabilities and damages of any nature arising in connection with or relating to the importation, distribution or use of the donated doses. Such agreements will be for the benefit of Contractor and, to the extent applicable, the USG, and Contractor will be a third party beneficiary to any such indemnification or immunity agreement to which Contractor is not a party;

(iii) Appropriate security, destruction, safety, pharmacovigilance and other regulatory provisions are in place for use of the product in the recipient nation(s) to enable Contractor to fulfill its regulatory and compliance obligations and internal safety and security requirements, including restrictions on re-distribution of product by the recipient foreign nation, requirements that the recipient nation ensure the destruction of used vials and cartons, etc.; and

(iv) The proposed recipient country is a low income or low-middle income country to align with the GAVI-COVAX Advance Market Commitment participating countries and economies, the African Vaccine Acquisition Trust (AVAT) and participating countries, or Moderna otherwise consents, in its discretion, to the donation to such proposed recipient country.

c. The Government's donations will be from supplies of vaccine delivered to and accepted by the Government. To the extent the Government commits to deliver doses that have not yet been physically delivered to the Government, such donation will not occur until such doses have been delivered to the Government. The Government will be responsible for delivery of the donated doses to, and coordination of delivery with, the receiving foreign nation or NGO, as applicable. The Government or the receiving foreign nation or NGO, as applicable, will (i) satisfy all customs shipping requirements for import and export of the product; and (ii) as the exporter, file any required FDA export notifications. To the extent not already provided to the Government, the Contractor will provide all information necessary to complete any requirements identified in this paragraph in advance of shipment.

d. The Contractor and GOV POC will maintain an accurate list of donations issued under this contract, When the conditions above are met for any donation, the Parties will jointly modify Exhibit B hereto to reflect the name of each recipient foreign nation (or NGO if applicable), and specify the agreed-upon number of donated doses (including any applicable lot numbers) and the applicable delivery date. The Government and Contractor acknowledge and agree that no donation of product for use outside the United States will occur prior to Moderna's written consent that all terms in this Clause H.15 are met, which will be reflected in a modification of Exhibit B with a reasonable amount of time.

e. The parties acknowledge that the third paragraph of Clause H.8 (beginning with "The Government may not use…") of the original award regarding PREP Act coverage does not restrict the Government from making donations that comply with the requirements of this Clause H.20. The USG makes no representations as to PREP Act coverage thereto.

f. Shipment of any donated doses under this Article does not constitute a violation of the Defense Production

H.16    CDC Healthcare Provider List

MRNA-GEN-00079666

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

To ensure timely communication is provided to health care providers, the USG will provide Moderna the mailing list for the Centers for Disease Control and Prevention (CDC) healthcare providers administering Moderna's vaccine and boosters in order for Moderna to send information regarding vaccines that will be or were authorized by the FDA at the explicit request of the FDA. Moderna agrees to the terms below of the handling of the CDC Healthcare Provider List.

1. Moderna shall use the CDC Healthcare Provider List only for the express purpose of the specific mailing regarding Moderna's FDA-authorized booster product/EUA expansion;

2. Moderna shall not share or provide this list to any outside parties other than those who are supporting this specific mailing; and

3. Moderna shall delete (and require any other parties to delete) the list once they have completed the mailing.

H.17    Commercialization of Product.

Contractor will provide the USG with information regarding Contractor's US commercial launch capabilities for transitioning the COVID-19 vaccines to the commercial market, and subject to regulatory approval, commit to make COVID-19 vaccines commercially available to the market. To support public health needs, during this transition period, Contractor agrees to review and consider in good faith data/information received from USG. For clarity, Contractor shall retain control of launch strategy, including product types that re commercialized, available volume, pricing, and timing.

H.18    Subject Inventions
The Government acknowledges that it does not anticipate to fund any research, development or chemistry manufacturing and controls (CMC)/process development under this contract. As such, neither Moderna nor the Government expect that conception or reduction to practice of any Subject Inventions will result from performance under this contract.

H.19    Emergency Use Authorization by FDA

The Parties acknowledge that all product provided under this contract will only be accepted by the Government if there is an approved BLA or active EUA authorizing use for prevention of COVID-19. Specific to quantities ordered under CLIN 0001: If FDA has not granted EUA for mRNA 1273.222 by the commencement of product delivery on 06 September 2022, in order to verify Moderna has manufactured according to the schedule awarded and met all required criteria for product to be releasable once EUA or BLA is granted, Moderna shall provide to the Government the following documentation: Certificate of Compliance, Certificate of Analysis, Material Safety Data Sheet, and copies of labels for all quantity due to the Government. This documentation shall be furnished to the Government on time in accordance with the schedule on contract. At such time that EUA or BLA is granted, the doses manufactured from 06 September 2022 until EUA shall be initially delivered (i.e., released by Moderna for acceptance by the Government as soon as reasonably practicable (within two weeks, subject to the Government's timely review of applicable documentation and acceptance of such Product), and subsequent deliveries shall revert to the remainder of the contractual schedule. The parties acknowledge that this paragraph, H.18., remains subject to the conditions outlined at subparagraph H.19b below.

H.20    Delivery Delays

a.    The Parties acknowledge that time is of the essence to meet the stated objectives of this contract. With the exception of product delivered in accordance with H.18, the Government may, at its sole discretion reject any EUA or BLA approved product offered for delivery more than fourteen (14) days beyond the contractual delivery schedule, and that the Government may unilaterally descope such quantity from the contract without further charge to the Government.

b.    Further, specific to quantities ordered under CLIN 0001: The Government may, at its sole discretion, reject any product offered for delivery on or after 21 NOV 2022.

CONFIDENTIAL

MRNA-GEN-00079667

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

H.21    Security Requirements

<u>Supply Chain Resiliency Plan</u>
The contractor shall develop and submit within 30 calendar days of contract award, a comprehensive Supply Chain Resiliency Program that provides identification and reporting of critical components associated with the secure supply of drug substance, drug product, and work-in-process through to finished goods.

A critical component is defined as any material that is essential to the product or the manufacturing process associated with that product. Included in the definition are consumables and disposables associated with manufacturing. NOT included in the definition are facility and capital equipment.

Consideration of critical components includes the evaluation and potential impact of raw materials, excipients, active ingredients, substances, pieces, parts, software, firmware, labeling, assembly, testing, analytical and environmental componentry, reagents, or utility materials which are used in the manufacturing of a drug, cell banks, seed stocks, devices and key processing components and equipment. A clear example of a critical component is one where a sole supplier is utilized.

The contractor shall identify key equipment suppliers, their locations, local resources, and the associated control processes at the time of award. This document shall address planning and scheduling for active pharmaceutical ingredients, upstream, downstream, component assembly, finished drug product and delivery events as necessary for the delivery of product.

Communication for these requirements shall be updated as part of an annual review, or as necessary, as part of regular contractual communications.
For upstream and downstream processing, both single-use and re-usable in-place processing equipment, and manufacturing disposables also shall be addressed. For finished goods, the inspection, labeling, packaging, and associated machinery shall be addressed taking into account capacity capabilities.
The focus on the aspects of resiliency shall be on critical components and aspects of complying with the contractual delivery schedule. Delivery methods shall be addressed, inclusive of items that are foreign-sourced, both high and low volume, which would significantly affect throughput and adherence to the contractually agreed deliveries.

The contractor shall articulate in the plan, the methodology for inventory control, production planning, scheduling processes and ordering mechanisms, as part of those agreed deliveries.

Production rates and lead times shall be understood and communicated to the Contracting Officer or the GOV POC as necessary.

Production throughput critical constraints should be well understood by activity and by design, and communicated to contractual personnel. As necessary, communication should focus on identification, exploitation, elevation, and secondary constraints of throughput, as appropriate.

Reports for critical items should include the following information:
Critical Material
Vendor
Supplier, Manufacturing / Distribution Location
Supplier Lead Time
Shelf Life
Transportation / Shipping restrictions

The CO and GOV POC reserve the right to request un-redacted copies of technical documents, during the period of performance, for distribution within the Government. Documents shall be provided within ten (10) days after CO issues the request. The Contractor may arrange for additional time if deemed necessary, and agreed to by the CO.

<u>Manufacturing Data Requirements</u>

MRNA-GEN-00079668

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

W58P0522C0017

The Contractor shall submit within 30 calendar days of contract award detailed data regarding project materials, sources, and manufacturing sites, including but not limited to: physical locations of sources of raw and processed material by type of material; location and nature of work performed at manufacturing, processing, and fill/finish sites; and location and nature of non-clinical and clinical studies sites. The Government may provide a table in tabular format for Contractor to be used to submit such data which would include but not be limited to the following:

Storage/inventory of ancillary materials (vials, needles, syringes, etc.)
Shipment of ancillary materials (vials, needles, syringes, etc.)
Disposal of ancillary materials (vials, needles, syringes, etc.)
Seed development or other starting material manufacturing
Bulk drug substance and/or adjuvant production
Fill, finish, and release of product or adjuvant
Storage/inventory of starting materials, bulk substance, or filled/final product or adjuvant
Stability information of bulk substance and/or finished product
Shipment of bulk substance of final product
Disposal of bulk substance or final product

Product Development Source Material and Manufacturing Reports and Projections
The Contractor shall submit a detailed spreadsheet regarding critical project materials that are sourced from a location other than the United States, sources, and manufacturing sites, including but not limited to: physical locations of sources of raw and processed material by type of material; location and nature of work performed at manufacturing sites; and location and nature of non-clinical and clinical study sites.
The Contractor will provide manufacturing reports and manufacturing dose tracking projections/actuals utilizing the "COVID-19 Dose Tracking Templates", on any contract/agreement that is manufacturing product
Contractor will submit Product Development Source Material Report
Within month of contract award
Within 30 days of substantive changes are made to sources and/or materials
Or on the 6th month contract anniversary.
Contractor will update the Dose Tracking Template weekly, during manufacturing campaigns and COVID response, with the first deliverable submission within 15 days of award/modification
The Government will provide written comments to the Product Development Source Material and Manufacturing Report within 15 business days after the submission
If corrective action is recommended, Contractor must address all concerns raised by the Government in writing

Contractor Locations
The contractor shall submit detailed data regarding locations where work will be performed under this contract, including addresses, points of contact, and work performed per location, to include sub-contractors.
Contractor will submit Work Locations Report:
Within 5 business days of contract award
Within 30 business days after a substantive location or capabilities change
Within 2 business days of a substantive change if the work performed supports medical countermeasure development that addresses a threat that has been declared a Public Health Emergency by the HHS Secretary or a Public Health Emergency of International Concern (PHEIC) by the WHO

Access and General Protection/Security Policy and Procedures
This standard language text is applicable to ALL employees working on critical information related to HHS Coordination Operations and Logistics Element (H-CORE), and to those with an area of performance within a Government controlled installation, facility or area. Employees shall comply with applicable installation, facility and area commander installation/facility access and local security policies and procedures (provided by government representative). The performer also shall provide all information required for background checks necessary to access critical information related to H-CORE, and to meet Government installation access requirements to be accomplished by installation Director of Emergency Services or Security Office. The workforce must comply with all personnel identity verification requirements as directed by the Government and/or local policy. In addition to the changes otherwise authorized by the changes clause of this agreement, should the security status of H-CORE change

MRNA-GEN-00079669

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

W58P0522C0017

Page 63 of 68

the Government may require changes in performer security matters or processes. In addition to the industry standards for employment background checks, The Contractor must be willing to have key individuals, in exceptionally sensitive positions, identified for additional vetting by the United States Government.

Operational Security (OPSEC)
The performer shall develop an OPSEC Standard Operating Procedure (SOP)/Plan within ninety (90)-calendar-days of project award to be reviewed and approved by the responsible Government OPSEC officer. This plan will be submitted to the GOV POC for coordination of approvals. This SOP/Plan will include identifying the critical information related to this contract, why it needs to be protected, where it is located, who is responsible for it, and how to protect it.

Security Plan
The contractor shall develop a comprehensive security program that provides overall protection of personnel, information, data, and facilities associated with fulfilling the Government requirement. This plan shall establish security practices and procedures that demonstrate how the contractor will meet and adhere to the security requirements outlined below prior to the commencement of product manufacturing, and shall be delivered to the Government within 30 calendar days of award. The contractor shall also ensure all subcontractors, consultants, researchers, etc. performing work on behalf of this effort, comply with all Government security requirements and prime contractor security plans.
The Government will review in detail and submit comments within ten (10) business days to the Contracting Officer (CO) to be forwarded to the Contractor. The Contractor shall review the Draft Security Plan comments, and, submit a Final Security Plan to the U.S. Government within thirty (10) calendar days after receipt of the comments.
The Security Plan shall include a timeline for compliance of all the required security measures outlined by the Government.
Upon completion of initiating all security measures, the Contractor shall supply to the Contracting Officer a letter certifying compliance to the elements outlined in the Final Security Plan.

At a minimum, the Final Security Plan shall address the following items:

Security Requirements:

| Facility Security Plan | |
|---|---|
| Description: As part of the partner facility's overall security program, the contractor shall submit a written security plan with their proposal to the Government for review and approval by Government security subject matter experts. The performance of work under the contract will be in accordance with the approved security plan. The security plan will include the following processes and procedures at a minimum: | |
| Security Administration | organization chart and responsibilities<br>written security risk assessment for site<br>threat levels with identification matrix (High, Medium, or Low)<br>enhanced security procedures during elevated threats<br>liaison procedures with law enforcement<br>annual employee security education and training program |
| Personnel Security | policies and procedures<br>candidate recruitment process<br>background investigations process<br>employment suitability policy<br>employee access determination<br>rules of behavior/ conduct<br>termination procedures<br>non-disclosure agreements |
| Physical Security Policies and Procedures | internal/external access control<br>protective services<br>identification/badging<br>employee and visitor access controls |

MRNA-GEN-00079670

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC656269804

|  | parking areas and access control<br>perimeter fencing/barriers<br>product shipping, receiving and transport security procedures<br>facility security lighting<br>restricted areas<br>signage<br>intrusion detection systems<br>alarm monitoring/response<br>closed circuit television<br>product storage security<br>other control measures as identified |
|---|---|
| Information Security | identification and marking of sensitive information<br>access control<br>storage of information<br>document control procedures<br>retention/ destruction requirements |
| Information Technology/Cyber Security Policies and Procedures | intrusion detection and prevention systems<br>threat identification<br>employee training (initial and annual)<br>encryption systems<br>identification of sensitive information/media<br>password policy (max days 90)<br>lock screen time out policy (minimum time 20 minutes)<br>removable media policy<br>laptop policy<br>removal of IT assets for domestic/foreign travel<br>access control and determination<br>VPN procedures<br>WiFi and Bluetooth disabled when not in use<br>system document control<br>system backup<br>system disaster recovery<br>incident response<br>system audit procedures<br>property accountability |

**Site Security Master Plan**
Description: The partner facility shall provide a site schematic for security systems which includes: main access points; security cameras; electronic access points; IT Server Room; Product Storage Freezer/Room; and bio-containment laboratories.

**Site Threat / Vulnerability / Risk Assessment**
Description: The partner facility shall provide a written risk assessment for the facility addressing: criminal threat, including crime data; foreign/domestic terrorist threat; industrial espionage; insider threats; natural disasters; and potential loss of critical infrastructure (power/water/natural gas, etc.) This assessment shall include recent data obtained from local law enforcement agencies. The assessment should be updated annually.

**Physical Security**
Description:

| Closed Circuit Television (CCTV) Monitoring | Layered (internal/external) CCTV coverage with time-lapse video recording for buildings and areas where critical assets are processed or stored.<br>CCTV coverage must include entry and exits to critical facilities, perimeters, and areas within the facility deemed critical to the execution of the contract. |
|---|---|

CONFIDENTIAL

MRNA-GEN-00079671

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

| | Video recordings must be maintained for a minimum of 30 days.<br>CCTV surveillance system must be on emergency power backup.<br>CCTV coverage must include entry and exits to critical facilities, perimeters, and areas within the facility deemed critical to the execution of the contract.<br>Video recordings must be maintained for a minimum of 30 days.<br>CCTV surveillance system must be on emergency power backup. |
|---|---|
| Facility Lighting | Lighting must cover facility perimeter, parking areas, critical infrastructure, and entrances and exits to buildings.<br>Lighting must have emergency power backup.<br>Lighting must be sufficient for the effective operation of the CCTV surveillance system during hours of darkness. |
| Shipping and Receiving | Must have CCTV coverage and an electronic access control system.<br>Must have procedures in place to control access and movement of drivers picking up or delivering shipments.<br>Must identify drivers picking up Government products by government issued photo identification. |
| Access Control | Must have an electronic intrusion detection system with centralized monitoring.<br>Responses to alarms must be immediate and documented in writing.<br>Employ an electronic system (i.e., card key) to control access to areas where assets critical to the contract are located (facilities, laboratories, clean rooms, production facilities, warehouses, server rooms, records storage, etc.).<br>The electronic access control should signal an alarm notification of unauthorized attempts to access restricted areas.<br>Must have a system that provides a historical log of all key access transactions and kept on record for a minimum of 12 months.<br>Must have procedures in place to track issuance of access cards to employees and the ability to deactivate cards when they are lost or an employee leaves the company.<br>Response to electronic access control alarms must be immediate and documented in writing and kept on record for a minimum of 12 months.<br>Should have written procedures to prevent employee piggybacking access to critical infrastructure (generators, air handlers, fuel storage, etc.) should be controlled and limited to those with a legitimate need for access.<br>Must have a written manual key accountability and inventory process.<br>Physical access controls should present a layered approach to critical assets within the facility. |
| Employee/Visitor Identification | Should issue company photo identification to all employees.<br>Photo identification should be displayed above the waist anytime the employee is on company property.<br>Visitors should be sponsored by an employee and must present government issued photo identification to enter the property.<br>Visitors should be logged in and out of the facility and should be escorted by an employee while on the premises at all times. |
| Security Fencing | Requirements for security fencing will be determined by the criticality of the program, review of the security plan, threat assessment, and onsite security assessment. |
| Protective Security Forces | Requirements for security officers will be determined by the criticality of the program, review of the security plan, threat assessment, and onsite security assessment. |
| Protective Security Forces Operations | Must have in-service training program.<br>Must have Use of Force Continuum. |

CONFIDENTIAL

DocuSign Envelope ID: 44703944-E8F5-4787-B996-5FC6E6269804

| | Must have communication systems available (i.e., landline on post, cell phones, handheld radio, and desktop computer).<br>Must have Standing Post Orders.<br>Must wear distinct uniform identifying them as security officers. |
|---|---|
| **Security Operations Description:** | |
| Information Sharing | Establish formal liaison with law enforcement.<br>Meet in person at a minimum annually. Document meeting notes and keep them on file for a minimum of 12 months. POC information for LE Officer that attended the meeting must be documented.<br>Implement procedures for receiving and disseminating threat information. |
| Training | Conduct new employee security awareness training.<br>Conduct and maintain records of annual security awareness training. |
| Security Management | Designate a knowledgeable security professional to manage the security of the facility.<br>Ensure subcontractor compliance with all Government security requirements. |
| **Personnel Security Description:** | |
| Records Checks | Verification of social security number, date of birth, citizenship, education credentials, five-year previous employment history, five-year previous residence history, FDA disbarment, sex offender registry, credit check based upon position within the company; motor vehicle records check as appropriate; and local/national criminal history search. |
| Hiring and Retention Standards | Detailed policies and procedures concerning hiring and retention of employees, employee conduct, and off boarding procedures.<br>Off Boarding procedures should be accomplished within 24 hour of employee leaving the company.  This includes termination of all network access. |
| **Information Security Description:** | |
| Physical Document Control | Applicable documents shall be identified and marked as procurement sensitive, proprietary, or with appropriate government markings.<br>Sensitive, proprietary, and government documents should be maintained in a lockable filing cabinet/desk or other storage device and not be left unattended.<br>Access to sensitive information should be restricted to those with a need to know. |
| Document Destruction | Documents must be destroyed using approved destruction measures (i.e., shredders/approved third party vendors / pulverizing / incinerating). |
| **Information Technology & Cybersecurity Description:** | |
| Identity Management | Physical devices and systems within the organization are inventoried and accounted for annually.<br>Organizational cybersecurity policy is established and communicated.<br>Asset vulnerabilities are identified and documented.<br>Cyber threat intelligence is received from information sharing forums and sources.<br>Threats, vulnerabilities, likelihoods, and impacts are used to determine risk.<br>Identities and credentials are issued, managed, verified, revoked, and audited for authorized devices, users and processes. |

CONFIDENTIAL

MRNA-GEN-00079673

DocuSign Envelope ID: 44703944-E855-4787-B996-5FC6E6269804

| | |
|---|---|
| | Users, devices, and other assets are authenticated (e.g., single-factor, multifactor) commensurate with the risk of the transaction (e.g., individuals' security and privacy risks and other organizational risks) |
| Access Control | Limit information system access to authorized users.<br>Identify information system users, processes acting on behalf of users, or devices and authenticate identities before allowing access.<br>Limit physical access to information systems, equipment, and server rooms with electronic access controls.<br>Limit access to/ verify access to use of external information systems. |
| Training | Ensure that personnel are trained and are made aware of the security risks associated with their activities and of the applicable laws, policies, standards, regulations, or procedures related to information technology systems. |
| Audit and Accountability | Create, protect, and retain information system audit records to the extent needed to enable the monitoring, analysis, investigation, and reporting of unlawful, unauthorized, or inappropriate system activity. Records must be kept for minimum must be kept for 12 months.<br>Ensure the actions of individual information system users can be uniquely traced to those users.<br>Update malicious code mechanisms when new releases are available.<br>Perform periodic scans of the information system and real time scans of files from external sources as files are downloaded, opened, or executed. |
| Configuration Management | Establish and enforce security configuration settings.<br>Implement sub networks for publicly accessible system components that are physically or logically separated from internal networks. |
| Contingency Planning | Establish, implement, and maintain plans for emergency response, backup operations, and post-disaster recovery for information systems to ensure the availability of critical information resources at all times. |
| Incident Response | Establish an operational incident handling capability for information systems that includes adequate preparation, detection, analysis, containment, and recovery of cybersecurity incidents.  Exercise this capability annually. |
| Media and Information Protection | Protect information system media, both paper and digital.<br>Limit access to information on information systems media to authorized users.<br>Sanitize and destroy media no longer in use.<br>Control the use of removable media through technology or policy. |
| Physical and Environmental Protection | Limit access to information systems, equipment, and the respective operating environments to authorized individuals.<br>Intrusion detection and prevention system employed on IT networks.<br>Protect the physical and support infrastructure for all information systems.<br>Protect information systems against environmental hazards.<br>Escort visitors and monitor visitor activity. |
| Network Protection | Employ intrusion prevention and detection technology with immediate analysis capabilities. |
| Transportation Security<br>Description: Adequate security controls must be implemented to protect materials while in transit from theft, destruction, manipulation, or damage. | |
| Drivers | Drivers must be vetted in accordance with Government Personnel Security Requirements.<br>Drivers must be trained on specific security and emergency procedures.<br>Drivers must be equipped with backup communications. |

CONFIDENTIAL

MRNA-GEN-00079674

DocuSign Envelope ID: 44703944-F855-4787-B996-5FC656269804

| | |
|---|---|
| | Driver identity must be 100 percent confirmed before the pick-up of any Government product. Drivers must never leave Government products unattended, and two drivers may be required for longer transport routes or critical products during times of emergency. Truck pickup and deliveries must be logged and kept on record for a minimum of 12 months. |
| Transport Routes | Transport routes should be pre-planned and never deviated from except when approved or in the event of an emergency. Transport routes should be continuously evaluated based upon new threats, significant planned events, weather, and other situations that may delay or disrupt transport. |
| Product Security | Government products must be secured with tamper resistant seals during transport, and the transport trailer must be locked and sealed. Tamper resistant seals must be verified as "secure" after the product is placed in the transport vehicle. Government products should be continually monitored by GPS technology while in transport, and any deviations from planned routes should be investigated and documented. Contingency plans should be in place to keep the product secure during emergencies such as accidents and transport vehicle breakdowns. |

| |
|---|
| Security Reporting Requirements Description: The partner facility shall notify the Government Security Team within 24 hours of any activity or incident that is in violation of established security standards or indicates the loss or theft of government products. The facts and circumstances associated with these incidents will be documented in writing for government review. |
| |

| |
|---|
| Security Audits Description: The partner facility agrees to formal security audits conducted at the discretion of the government. Security audits may include both prime and subcontractor. |
| |

ADDENDUM TO FAR 52.212-4
Addendum to FAR 52.212-4: The USG and Moderna both agree that FAR 52.212-4 paragraph (h), Patent Indemnity, does not apply to this contract and is omitted. All other terms and conditions remain in effect.

CONFIDENTIAL

MRNA-GEN-00079675